Exhibit C

Insurance Policy Schedule

## Insurance Policy Schedule

| Type of Insurance Policy | Insurance Carrier | Policy Number | Policy Term | Annual Premium[1] | Financed |
|---|---|---|---|---|---|
| Miscellaneous Professional Liability (including errors and omissions) | National Union Fire Insurance Company of Pittsburg, PA | 01-146-63-47 | 8/30/2012-8/30/2013 | $314,888.00 | Yes |
| Excess Miscellaneous Professional Liability (including errors and omissions) | Hiscox/Lloyds of London | MEO1215896.12 | 8/30/2012-8/30/2013 | $200,523.00 | Yes |
| Network Liability (Electronic Media Activities, Network Operations Security, Privacy Liability) | Illinois National Insurance Co. | 01-146-58-26 | 8/30/2012-8/30/2013 | $49,830.00 | Yes |
| Miscellaneous Professional Liability (including errors and omissions) – Statewide Tax and Title – Florida | Liberty Surplus Insurance Corp. | DMPL-100003-12 | 12/5/2012-12/5/2013 | $2,854.80 | No |
| Crime | National Union Fire Insurance Company | 02-540-83-00 | 6/30/2012-6/12/2013 | $9,048 | No |
| Directors and Officers' Liability (Fiduciary) | Chartis Specialty Insurance | 02-144-34-10 | 6/12/2012-8/30/2013<br><br>6 year wind down endorsement | $78,227.44<br><br>$96,498.48 | No |

---

[1] Includes premium and if applicable, surcharge, surplus lines taxes, and fees.

| Type of Insurance Policy | Insurance Carrier | Policy Number | Policy Term | Annual Premium | Financed |
|---|---|---|---|---|---|
| Key Man Policy | Banner Life Insurance Co. | 180670273 | 12/26/2012-12/26/2013 | $2,670.00 | No |
| Key Man Policy | Banner Life Insurance Co. | 180670276 | 1/2/2013-1/2/2014 | $1,610.00 | No |
| General Liability | Zurich American Insurance Co. | CPO4887856-03 | 2/24/2013-2/24/2014 | $9,278.60 | No |
| Commercial Automobile | Zurich American Insurance Co. | CPO4887856-03 | 2/24/2013-2/24/2014 | $5,102.80 | No |
| Umbrella Liability | Zurich American Insurance Co. | AUC4887961-03 | 2/24/2013-2/24/2014 | $11,615.00 | No |
| Property | Zurich American Insurance Co. | CPO4887856-03 | 2/24/2013-2/24/2014 | $21,976.00 | No |
| Workers' Compensation | Zurich American Insurance Co. | WC4887857-03 | 2/24/2013-2/24/2014 | $274,479.00 | No |