## Exhibit C

## Utility Service List

## Utility Service List

| Utility Provider | Address | City | State | Zip Code | Service | Account # (if known) |
|---|---|---|---|---|---|---|
| San Diego Gas & Electric | PO Box 25111 | Santa Ana | CA | 92799 | Power | 8902306 5104 |
| San Diego Gas & Electric | PO Box 25111 | Santa Ana | CA | 92799 | Power | 7360839 3792 |
| San Diego Gas & Electric | PO Box 25111 | Santa Ana | CA | 92799 | Power | 5110845 1435 |
| San Diego Gas & Electric | PO Box 25111 | Santa Ana | CA | 92799 | Power | 3985843 9205 |
| San Diego Gas & Electric | PO Box 25111 | Santa Ana | CA | 92799 | Power | 2860848 1955 |
| Verizon Wireless | PO Box 660108 | Dallas | TX | 75266 | Phone | 0006824521058Y |
| Verizon Wireless | PO Box 660108 | Dallas | TX | 75266 | Phone | 7218563 3300001 |
| Direct TV | PO Box 60036 | Los Angeles | CA | 90060 | TV | 051710425 |
| Direct TV | PO Box 60036 | Los Angeles | CA | 90060 | TV | 034899366 |
| Comcast Cable | PO Box 34744 | Seattle | WA | 98124 | Internet | 8778101013074820 |
| Comcast Cable | PO Box 34744 | Seattle | WA | 98124 | Internet | 8495753921263942 |
| Smoothstone IP Communications | 200 Smoothstone Center 401 S. Fourth Street | Louisville | KY | 40202 | Phone | 861PRO1 |
| Smoothstone IP Communications | 200 Smoothstone Center 401 S. Fourth Street | Louisville | KY | 40202 | Phone | 861PRO8 |

| Utility Provider | Address | City | State | Zip Code | Service | Account # (if known) |
|---|---|---|---|---|---|---|
| Smoothstone IP Communications | 200 Smoothstone Center 401 S. Fourth Street | Louisville | KY | 40202 | Phone | 861PRO17 |
| Smoothstone IP Communications | 200 Smoothstone Center 401 S. Fourth Street | Louisville | KY | 40202 | Phone | 861PRO13 |
| Smoothstone IP Communications | 200 Smoothstone Center 401 S. Fourth Street | Louisville | KY | 40202 | Phone | 861PRO14 |
| Smoothstone IP Communications | 200 Smoothstone Center 401 S. Fourth Street | Louisville | KY | 40202 | Phone | 861PRO16 |
| Smoothstone IP Communications | 200 Smoothstone Center 401 S. Fourth Street | Louisville | KY | 40202 | Phone | 861PRO19 |
| Smoothstone IP Communications | 200 Smoothstone Center 401 S. Fourth Street | Louisville | KY | 40202 | Phone | 861PRO25 |
| Smoothstone IP Communications | 200 Smoothstone Center 401 S. Fourth Street | Louisville | KY | 40202 | Phone | 861PRO29 |
| Smoothstone IP Communications | 200 Smoothstone Center 401 S. Fourth Street | Louisville | KY | 40202 | Phone | 861PRO31 |
| Smoothstone IP Communications | 200 Smoothstone Center 401 S. Fourth Street | Louisville | KY | 40202 | Phone | 861PRO33 |

| Utility Provider | Address | City | State | Zip Code | Service | Account # (if known) |
|---|---|---|---|---|---|---|
| Smoothstone IP Communications | 200 Smoothstone Center 401 S. Fourth Street | Louisville | KY | 40202 | Phone | 861PRO35 |
| Smoothstone IP Communications | 200 Smoothstone Center 401 S. Fourth Street | Louisville | KY | 40202 | Phone | 861PRO20 |
| Smoothstone IP Communications | 200 Smoothstone Center 401 S. Fourth Street | Louisville | KY | 40202 | Phone | 861PRO21 |
| Smoothstone IP Communications | 200 Smoothstone Center 401 S. Fourth Street | Louisville | KY | 40202 | Phone | 861PRO23 |
| Millington Telephone Co | PO Box 429 | Millington | TN | 38083 | Phone | 901-840-2260 |

3