## Exhibit C

**Bank Accounts**

## Bank Accounts

| Legal Entity Name<br>Tax ID Number | Account Name<br>(Per Bank Statement)<br>GL Account Number | Account Number | Bank Name | Bank Address |
|---|---|---|---|---|
| **Operating Accounts** | | | | |
| Prommis Solutions, LLC<br>20-4169978 | Prommis Solutions, LLC<br>1109 & 111-1117 | xxxxxxxxx1493 | Wells Fargo Bank, N.A. | 171 7th Street NW<br>5th Floor<br>Atlanta, GA 30363 |
| Interface Inc.<br>33-0819903 | Interface Inc.<br>1122 | xxx1186 | Regents Bank, N.A. | 501 West Broadway<br>#550<br>San Diego, CA 92101 |
| **Disbursement Account** | | | | |
| Prommis Solutions, LLC<br>20-4169978 | Prommis Solutions, LLC<br>1123 | xxxxx3327 | Wells Fargo Bank, N.A. | 171 7th Street NW<br>5th Floor<br>Atlanta, GA 30363 |
| **Other Accounts** | | | | |
| Prommis Solutions, LLC<br>20-4169978 | Prommis Solutions, LLC<br>1811 | xxxxxxxxx1516 | SunTrust Bank, Inc. | P.O. Box 62227<br>Orlando, FL 32862 |

1