## Exhibit D

## Cash Management System Flow Chart

