IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| PROMMIS HOLDINGS, LLC, *et al.*,[1] | ) Case No. 13-10551 (BLS) |
| Debtors. | ) (Joint Administration Requested) |
| | ) **Hearing Date: March 19, 2013 at 9:00 a.m.** |

### *AMENDED*[2] NOTICE OF HEARING OF BANKRUPTCY PETITIONS AND FIRST DAY MOTIONS AND APPLICATIONS

**PLEASE TAKE NOTICE** that on March 18, 2013, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Debtors continue to operate their businesses and manage their properties, as debtors and debtors-in-possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, under the protection of the automatic stay against, among other things, the commencement or continuation of actions by creditors to recover, exercise control over or collect property of the Debtors pursuant to section 362 of the Bankruptcy Code.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: Prommis Holdings, LLC (6940); Prommis Fin Co. (2965); Prommis Solutions, LLC (9978); E-Default Services LLC (0016); Statewide Tax and Title Services LLC (0049); Statewide Publishing Services LLC (0079); Nationwide Trustee Services, Inc. (2436); Statewide Tax and Title Services of Alabama LLC (7733); Nationwide Trustee Services of Virginia, Inc. (6687); Interface Inc. (9903); and Prommis Homeownership Solutions, Inc. (0569). The location of the Debtors' headquarters and the Debtors' service address is 400 Northridge Road, Atlanta, Georgia, 30350.

[2] **Amended items appear in bold.**

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "First Day Hearing") will be held before the Honorable Brendan Linehan Shannon, United States Bankruptcy Judge, at the United States Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801, on March 19, 2013 at 9:00 a.m (ET) on the following motions, applications and supporting documents requesting certain "first day" relief (collectively, the "First Day Pleadings"), which were filed by the Debtors in connection with these Cases:

| Docket No. | FIRST DAY PLEADINGS |
|---|---|
| 1 | <ul><li>*Prommis Holdings, LLC* Voluntary Petition C.A. No. 13-10551</li><li>*Prommis Fin Co.* Voluntary Petition C.A. No. 13-10552</li><li>*Prommis Solutions, LLC* Voluntary Petition C.A. No. 13-10553</li><li>*E-Default Services LLC* Voluntary Petition C.A. No. 13-10554</li><li>*Statewide Tax and Title Services of Alabama LLC* Voluntary Petition C.A. No. 13-10555</li><li>*Statewide Tax and Title Services LLC* Voluntary Petition C.A. No. 13-10556</li><li>*Statewide Publishing Services LLC* Voluntary Petition C.A. No. 13-10557</li><li>*Nationwide Trustee Services, Inc. Voluntary* Petition C.A. No. 13-10558</li><li>*Nationwide Trustee Services of Virginia, Inc.* Voluntary Petition C.A. No. 13-10559</li><li>*Interface Inc.* Voluntary Petition C.A. No. 13-10560</li><li>*Prommis Homeownership Solutions, Inc.* Voluntary Petition C.A. No. 13-10561</li></ul> |
| 3 | Debtors' Motion for Entry of an Order Directing Joint Administration of their Chapter 11 Cases |
| 4 | Application for an Order Appointing Donlin, Recano & Company, Inc. as Claims and Noticing Agent for the Debtors Pursuant to 28 U.S.C. § 156(c), 11 U.S.C. § 105(a) and Local Rule 2002-1(f) |
| 5 | Debtors' Motion for Entry of Interim and Final Orders Authorizing Debtors to (a) Pay Certain Prepetition Wages and Reimbursable Employee Expenses, (b) Pay and Honor Employee Medical and Other Benefits, and (c) Continue Employee Benefits Programs |
| 6 | Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (a) Continue Prepetition Insurance Coverage and (b) Maintain Financing of Insurance Premiums |

| | |
|---|---|
| 7 | Debtors' Motion for Entry of Interim and Final Orders Determining Adequate Assurance of Payment for Future Utility Services |
| 8 | Debtors' Motion for Entry of an Order Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees |
| 10 | Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (a) Continue Using Their Cash Management System, Bank Accounts, and Business Forms, (b) Continue Intercompany Transactions, and (c) Granting Intercompany Claims Administrative Priority |
| 14 | Debtor's Motion for Interim and Final Orders (a) Authorizing the Use of Cash Collateral; (b) Granting Adequate Protection; (c) Modifying the Automatic Stay; and (d) Scheduling a Final Hearing |
| 15 | Declaration of Charlie T. Piper in Support of Debtors' Chapter 11 Petitions and First Day Motions |
| **20** | **Motion of the Debtors for an Order Authorizing Them to (i) Maintain McCalla Raymer Customer Program and (ii) Honor or Pay Related Prepetition Obligations** |

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Pleadings may be inspected in the offices of the Clerk of the Bankruptcy Court during normal business hours or downloaded from the Bankruptcy Court's web site at www.deb.uscourts.gov. Please note that prior registration with the PACER Service Center and payment of a fee may be required to access such document. Parties in interest may sign up for a PACER account by visiting the PACER website at http://pacer.psc.uscourts.gov or by calling (800) 676-6856. Additionally, copies of the First Day Pleadings are available for download from the website of Debtors' proposed claims and notice agent, Donlin Recano & Company, Inc. at www.donlinrecano.com/prommis. Requests for copies of the First Day Pleadings and further information regarding the First Day Hearing may also be made to proposed counsel for the Debtors at the telephone numbers listed below.

WCSR  7699599v1

**PLEASE TAKE FURTHER NOTICE** that all objections, if any, to the First Day Pleadings may be made at the First Day Hearing.

Dated: March 19, 2013

**WOMBLE CARLYLE SANDRIDGE & RICE, LLP**

/s/ Steven K. Kortanek
Steven K. Kortanek (DE Bar No. 3106)
Thomas M. Horan (DE Bar No. 4641)
Ericka F. Johnson (DE Bar No. 5024)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
E-mail: skortanek@wcsr.com
E-mail: thoran@wcsr.com
E-mail: erjohnson@wcsr.com

-and-

**KIRKLAND & ELLIS LLP**
Christopher Marcus, P.C. (*pro hac vice* pending)
David S. Meyer (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
E-mail: christopher.marcus@kirkland.com
E-mail: david.meyer@kirkland.com

*Proposed Counsel to the Debtors and Debtors-in-Possession*