**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PROMMIS HOLDINGS, LLC, | ) Case No. 13-10551 (BLS) |
| | ) |
| Debtor. | ) |
| | ) **Re: D.I. 3** |
| Tax I.D. No. 45-5366940 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| PROMMIS FIN CO., | ) Case No. 13-10552 (BLS) |
| | ) |
| Debtor. | ) |
| | ) **Re: D.I. 3** |
| Tax I.D. No. 45-5362965 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| PROMMIS SOLUTIONS, LLC, | ) Case No. 13-10553 (BLS) |
| | ) |
| Debtor. | ) |
| | ) **Re: D.I. 3** |
| Tax I.D. No. 20-4169978 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| E-DEFAULT SERVICES LLC, | ) Case No. 13-10554 (BLS) |
| | ) |
| Debtor. | ) |
| | ) **Re: D.I. 3** |
| Tax I.D. No. 20-4170016 | ) |
| | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| STATEWIDE TAX AND TITLE SERVICES OF ALABAMA LLC, | ) Case No. 13-10555(BLS) |
| | ) |
| Debtor. | ) **Re: D.I. 3** |
| | ) |
| Tax I.D. No. 27-2387733 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| STATEWIDE TAX AND TITLE SERVICES LLC, | ) Case No. 13-10556 (BLS) |
| | ) |
| Debtor. | ) **Re: D.I. 3** |
| | ) |
| Tax I.D. No. 20-4170049 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| STATEWIDE PUBLISHING SERVICES LLC, | ) Case No. 13-10557 (BLS) |
| | ) |
| Debtor. | ) |
| | ) **Re: D.I. 3** |
| Tax I.D. No. 20-4170079 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| NATIONWIDE TRUSTEE SERVICES, INC., | ) Case No. 13-10558 (BLS) |
| | ) |
| Debtor. | ) |
| | ) **Re: D.I. 3** |
| Tax I.D. No. 26-0252436 | ) |
| | ) |

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| NATIONWIDE TRUSTEE SERVICES OF VIRGINIA, INC., | ) Case No. 13-10559 (BLS) |
|  | ) |
| Debtor. | ) **Re: D.I. 3** |
|  | ) |
| Tax I.D. No. 27-3346687 | ) |
|  | ) |
| In re: | ) Chapter 11 |
|  | ) |
| INTERFACE INC., | ) Case No. 13-10560 (BLS) |
|  | ) |
| Debtor. | ) |
|  | ) **Re: D.I. 3** |
| Tax I.D. No. 33-0819903 | ) |
|  | ) |
| In re: | ) Chapter 11 |
|  | ) |
| PROMMIS HOMEOWNERSHIP SOLUTIONS, INC., | ) Case No. 13-10561 (BLS) |
|  | ) |
| Debtor. | ) **Re: D.I. 3** |
|  | ) |
| Tax I.D. No. 26-3670569 | ) |
|  | ) |

### ORDER DIRECTING JOINT
### ADMINISTRATION OF RELATED CHAPTER 11 CASES

Upon the motion (the "Motion")[1] of Prommis Holdings, LLC and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order") directing the joint administration of the Debtors' related chapter 11 cases, all as

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

3

more fully set forth in the Motion; and upon the First Day Declaration; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is granted to the extent set forth herein.

2.      The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 13-10551 (BLS).

3.      The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| PROMMIS HOLDINGS, LLC, et al.,[1] | ) Case No. 13-10561 (BLS) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |
|  | ) |

4.     The foregoing caption shall satisfy the requirements set forth in Bankruptcy Code

section 342(c)(1).

5.     An entry shall be made on the docket of each of the Debtors' cases, other than

that of Prommis Holdings, LLC, that is substantially similar to the following:

> An order has been entered in accordance with Rule 1015(b) of the
> Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the
> Local Rules of Bankruptcy Practice and Procedure of the United
> States Bankruptcy Court for the District of Delaware Directing
> joint administration of the chapter 11 cases of: Prommis Holdings,
> LLC; Prommis Fin Co.; Prommis Solutions, LLC; E-Default
> Services LLC; Statewide Tax and Title Services LLC; Statewide
> Publishing Services LLC; Nationwide Trustee Services, Inc.;
> Statewide Tax and Title Services of Alabama LLC; Nationwide
> Trustee Services of Virginia, Inc.; Interface Inc.; and Prommis
> Homeownership Solutions, Inc.  All further pleadings and other
> papers shall be filed in, and all further docket entries shall be made
> in, Case No. 13-10551 (BLS).

6.     The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court

for the District of Delaware shall keep, one consolidated docket, one file, and one consolidated

service list.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: Prommis Holdings, LLC (6940); Prommis Fin Co. (2965); Prommis Solutions, LLC (9978); E-Default Services LLC (0016); Statewide Tax and Title Services LLC (0049); Statewide Publishing Services LLC (0079); Nationwide Trustee Services, Inc. (2436); Statewide Tax and Title Services of Alabama LLC (7733); Nationwide Trustee Services of Virginia, Inc. (6687); Interface Inc. (9903); and Prommis Homeownership Solutions, Inc. (0569). The location of the Debtors' headquarters and the Debtors' service address is 400 Northridge Road, Atlanta, Georgia, 30350.

7.      Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases.

8.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

9.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: March 19, 2013

_____
The Honorable Brendan Linehan Shannon
United States Bankruptcy Judge

6

WCSR 7678498v4