**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PROMMIS HOLDINGS, LLC, *et al.*,[1] | ) ) | Case No. 13-10551 (BLS) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) ) ) | **Re: Docket Nos. 6 and 25**<br>**Objection Deadline: April 3, 2013 at 4:00 p.m. (ET)**<br>**Hearing Date: April 10, 2013 at 12:00 p.m. (ET)** |

**NOTICE OF ENTRY OF INTERIM ORDER AUTHORIZING DEBTORS
TO (A) CONTINUE PREPETITION INSURANCE COVERAGE AND (B)
MAINTAIN FINANCING OF INSURANCE PREMIUMS**

**PLEASE TAKE NOTICE** that on March 18, 2013, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Motion for Entry of Interim and Final Order Authorizing Debtors to (A) Continue Prepetition Insurance Coverage and (B) Maintain Financing of Insurance Premiums* (the "Motion") [Docket No. 6]. A copy of the Motion is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that on March 19, 2013, the Court entered the *Interim Order Authorizing Debtors to (A) Continue Prepetition Insurance Coverage and (B) Maintain Financing of Insurance Premiums* (the "Interim Order") [Docket No. 25]. A copy of the Interim Order is attached hereto as Exhibit B.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: Prommis Holdings, LLC (6940); Prommis Fin Co. (2965); Prommis Solutions, LLC (9978); E-Default Services LLC (0016); Statewide Tax and Title Services LLC (0049); Statewide Publishing Services LLC (0079); Nationwide Trustee Services, Inc. (2436); Statewide Tax and Title Services of Alabama LLC (7733); Nationwide Trustee Services of Virginia, Inc. (6687); Interface Inc. (9903); and Prommis Homeownership Solutions, Inc. (0569). The location of the Debtors' headquarters and the Debtors' service address is 400 Northridge Road, Atlanta, Georgia, 30350.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the final relief sought in the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **APRIL 3, 2013, AT 4:00 P.M. PREVAILING EASTERN TIME.**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) the Office of the United States Trustee for the District of Delaware; (ii) Prommis Holdings, LLC, 400 Northridge Road, Atlanta, Georgia, 30350, Attn.: General Counsel; (iii) proposed counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn.: Christopher J. Marcus and David S. Meyer; (iv) proposed counsel to the Debtors, Womble Carlyle Sandridge & Rice, LLP, 222 Delaware Ave., Suite 1501, Wilmington, DE 19801, Attn: Steven K. Kortanek; and (v) proposed counsel to any official committee appointed in these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that the final hearing with respect to the Motion will be held before The Honorable Brendan Linehan Shannon at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801 on **APRIL 10, 2013 AT 12:00 P.M. (prevailing Eastern Time).**

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE FINAL RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  March 19, 2013

**WOMBLE CARLYLE SANDRIDGE & RICE, LLP**

/s/ Steven K. Kortanek
Steven K. Kortanek (DE Bar No. 3106)
Thomas M. Horan (DE Bar No. 4641)
Ericka F. Johnson (DE Bar No. 5024)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
E-mail: skortanek@wcsr.com
E-mail: thoran@wcsr.com
E-mail: erjohnson@wcsr.com

-and-

**KIRKLAND & ELLIS LLP**
Christopher Marcus, P.C. (*pro hac vice* pending)
David S. Meyer (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
E-mail: christopher.marcus@kirkland.com
E-mail: david.meyer@kirkland.com

*Proposed Counsel to the Debtors and Debtors-in-Possession*