**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Prommis Holdings, LLC, *et al.* | : | Case No. 13-10551 (BLS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

---------------------------------

　　　　Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Morris Manning & Martin, LLP,** Attn: Louise Wells, 1600 Atlanta Financial Center, 3343 Peachtree Road, NE, Atlanta, GA 30326, Phone: (404) 233-7000, Fax: (404) 364-4570

2. **United Parcel Service**, Attn: Roger Cassi, 55 Glenlake Parkway, NE, Atlanta, GA 30328, Phone: (410) 773-4040

3. **West Tennessee Title, GP**, Attn: Vernon Stults, 1420 North Highland Ave., Jackson, TN 38301, Phone: 731-256-1956, Fax: 731-506-3727


　　　　　　　　　　　　　　　　　　ROBERTA A. DEANGELIS
　　　　　　　　　　　　　　　　　　United States Trustee, Region 3


　　　　　　　　　　　　　　　　　　*/s/ Jane Leamy for*
　　　　　　　　　　　　　　　　　　T. PATRICK TINKER
　　　　　　　　　　　　　　　　　　ASSISTANT UNITED STATES TRUSTEE

DATED: April 2, 2013

Attorney assigned to this Case: Jane Leamy, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Steven Kortanek, Esquire, Phone: (302) 252-4320, Fax: (302) 252-4330