# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PROMMIS HOLDINGS, LLC, et al.,[1] | ) Case No. 13-10551 (BLS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Re: D.I. 42 |
| | ) |

## ORDER UNDER 11 U.S.C. § 107(B), FED. R. BANKR. P. 9018 AND DEL. BANKR. L.R. 9018 AUTHORIZING FILING UNDER SEAL OF PARTICIPANT INFORMATION AND COMMERCIALLY SENSITIVE INFORMATION IN CONNECTION WITH DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING THE DEBTORS' KEY EMPLOYEE INCENTIVE PLAN AND KEY EMPLOYEE RETENTION PLAN AND GRANTING RELATED RELIEF

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for an order, under Bankruptcy Code Section 107(B), Bankruptcy Rule 9018 and Local Rule 9018-1, authorizing the Debtors to file under seal, in preparation for the hearing on the Key Employee Motion, (i) the Participant Information and (ii) the Commercially Sensitive Information; and it appearing that notice of the Motion was adequate and proper and that no other or further notice of the Motion need be given; and this

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: Prommis Holdings, LLC (6940); Prommis Fin Co. (2965); Prommis Solutions, LLC (9978); E-Default Services LLC (0016); Statewide Tax and Title Services LLC (0049); Statewide Publishing Services LLC (0079); Nationwide Trustee Services, Inc. (2436); Statewide Tax and Title Services of Alabama LLC (7733); Nationwide Trustee Services of Virginia, Inc. (6687); Interface Inc. (9903); and Prommis Homeownership Solutions, Inc. (0569). The location of the Debtors' headquarters and the Debtors' service address is 400 Northridge Road, Atlanta, Georgia, 30350.

[2] Capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Motion.

1

Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors; and after due deliberation and good and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Debtors are authorized to file under seal the Participant Information and the Commercially Sensitive Information.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

Dated: April 10, 2013

_____
United States Bankruptcy Judge