**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>PROMMIS HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 13-10551 (BLS)<br><br>(Jointly Administered)<br><br>Obj. Deadline: July 3, 2013 @ 4:00 p.m.<br>Hearing Date: Only if a response is filed |

**FIRST MONTHLY FEE APPLICATION OF SAUL EWING LLP,
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION INCURRED FOR THE
PERIOD FROM APRIL 5, 2013 THROUGH APRIL 30, 2013**

| | |
|---|---|
| Name of Applicant: | Saul Ewing LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | May 28, 2013, *nunc pro tunc* to April 5, 2013 |
| Period for which compensation and reimbursement is sought: | April 5, 2013 through April 30, 2013 |
| Amount of Compensation sought as actual, reasonable and necessary: | $18,920.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |

Prior Applications:

| Date and Docket No. | Filing Period | Requested Fees / Expenses | Approved Fees / Expenses | Holdback (20%) | CNO Date and Docket No. |
|---|---|---|---|---|---|
| NONE | | | | | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer identification number, are: Prommis Holdings, LLC (6940); Prommis Fin Co. (2965); Prommis Solutions, LLC (9978); E-Default Services LLC (0016); Statewide Tax and Title Services LLC (0049); Statewide Publishing Services LLC (0079); Nationwide Trustee Services, Inc. (2436); Statewide Tax and Title Services of Alabama LLC (7733); Nationwide Trustee Services of Virginia, Inc. (6687); EC Mailing Corp. (9903) (fka Interface, Inc.); and Prommis Homeownership Solutions, Inc. (0569). The location of the Debtors' headquarters and the Debtors' service address is 400 Northridge Road, Atlanta, Georgia, 30350.

624148.1 6/13/13

## SUMMARY OF BILLING BY TIMEKEEPER

### For the Period from April 5, 2013 through April 30, 2013

| Name of Professional Person | Date of Bar Admission | Position with the applicant and number of years in that position | Hourly billing rate (including changes)* | Total billed hours | Total compensation |
|---|---|---|---|---|---|
| Mark Minuti | 1988 | Partner (since 1997) | $640 | 19.00 | $12,160.00 |
| Teresa K.D. Currier | 1992 | Partner (since 2009) | $650 | 5.30 | $3,445.00 |
| Robyn E. Warren | N/A | Clerical | $195 | 17.00 | $3,315.00 |
| TOTAL | | | | 41.3 | $18,920.00 |

Blended Hourly Rate: $458.12

* This rate is Saul Ewing LLP's regular hourly rate for legal services. All hourly rates are adjusted by Saul Ewing LLP on a periodic basis (the last such adjustments occurred on January 1, 2013).

## COMPENSATION BY PROJECT CATEGORY

### For the Period from April 5, 2013 through April 30, 2013

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 7.80 | $1,966.00 |
| Asset Sales, Use and Lease | 4.60 | $1,787.00 |
| Cash Collateral and DIP Financing | 4.50 | $2,168.00 |
| Committee Matters | 2.20 | $1,408.00 |
| Other Litigation, Including Stay Relief | 3.00 | $1,341.50 |
| Preparation for and Attendance at Hearings | 14.20 | $7,539.00 |
| Retention Matters | 3.60 | $1,814.50 |
| Statements and Schedules | 0.20 | $128.00 |
| UST Reports and Meetings | 1.20 | $768.00 |
| **TOTAL** | **41.30** | **$18,920.00** |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PROMMIS HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 13-10551 (BLS)<br>)<br>) (Jointly Administered)<br>)<br>) Obj. Deadline: July 3, 2013 @ 4:00 p.m.<br>) Hearing Date: Only if a response is filed |

**FIRST MONTHLY FEE APPLICATION OF SAUL EWING LLP,
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION INCURRED FOR THE
PERIOD FROM APRIL 5, 2013 THROUGH APRIL 30, 2013**

Saul Ewing LLP ("Saul Ewing" or "Applicant"), co-counsel for the Official Committee of Unsecured Creditors (the "Committee") of Prommis Holdings, LLC, *et al.* (the "Debtors"), hereby submits this application (the "Application") for allowance of compensation for professional services rendered and reimbursement of actual and necessary expenses incurred pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1996, and the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 225] (the "Interim

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer identification number, are: Prommis Holdings, LLC (6940); Prommis Fin Co. (2965); Prommis Solutions, LLC (9978); E-Default Services LLC (0016); Statewide Tax and Title Services LLC (0049); Statewide Publishing Services LLC (0079); Nationwide Trustee Services, Inc. (2436); Statewide Tax and Title Services of Alabama LLC (7733); Nationwide Trustee Services of Virginia, Inc. (6687); EC Mailing Corp. (9903) (fka Interface, Inc.); and Prommis Homeownership Solutions, Inc. (0569). The location of the Debtors' headquarters and the Debtors' service address is 400 Northridge Road, Atlanta, Georgia, 30350.

624148.1 6/13/13                         4

Compensation Procedures Order") for the period April 5, 2013 through April 30, 2013 (the "Application Period"). For the Application Period, Saul Ewing seeks an allowance of interim compensation in the amount of $18,920.00. In support of this Application, Saul Ewing represents as follows:

## JURISDICTION

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code.

## INTRODUCTION

3. On March 18, 2013 (the "Petition Date"), each of the Debtors commenced with this Court voluntary cases (the "Cases") under Chapter 11 of the Bankruptcy Code, which Cases are being jointly administered pursuant to an order of the Court. The Debtors are continuing their business and managing their properties as debtors and debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4. On April 2, 2013, the Office of the United States Trustee for the District of Delaware appointed three (3) of the Debtors' largest unsecured creditors to the Committee. The Committee presently consists of the following members: Morris Manning & Martin, LLP, United Parcel Service and West Tennessee Title, G.P.

5. On or about April 4, 2013, the Committee selected Hahn & Hessen LLP and Saul Ewing to serve as proposed co-counsel to the Committee.

6. On May 28, 2013, this Court entered the Order Approving Application of the Official Committee of Unsecured Creditors to Retain Saul Ewing LLP as Its Co-Counsel, *Nunc Pro Tunc* to April 5, 2013 [Docket No. 362].

## PROFESSIONAL SERVICES RENDERED

7. During the Application Period, Saul Ewing partners, associates and paraprofessionals rendered a total of 41.30 hours of professional services to the Committee. The blended hourly rate for the hours included in this Application is equal to $458.12 per hour, calculated as to both attorneys and paraprofessionals. At all times, work was assigned to the attorney or paraprofessional with the lowest billing rate possible commensurate with the skill, background, responsibility and expertise needed to do the work efficiently.

8. Attached hereto as **Exhibit "A"** is an Affidavit of Applicant with respect to the compensation requested.

9. Attached hereto as **Exhibit "B"** is a detailed, chronological itemization covering all services performed by Applicant with respect to these matters from April 5, 2013 through April 30, 2013. This detailed itemization complies with Local Rule 2016-2(d) in that (i) each time entry contains a separate time allotment, a description of the type of activity and the subject matter of the activity, (ii) all time is billed in increments of one-tenth of an hour, (iii) time entries are presented chronologically in categories and (iv) all meetings or hearings are individually identified.

10. Attached hereto as **Exhibit "C"** is a detailed itemization, by project category, of all services performed by Applicant with respect to these matters from April 5, 2013 through April 30, 2013. Non-working travel time (to the extent applicable) is billed at 50% of normal rates.

## NOTICE

11.  Notice of this Application is being provided to the Notice Parties identified in the Interim Compensation Procedures Order and to all other parties who have requested notice pursuant to Bankruptcy Rule 2002.

12.  No prior request for the relief sought by this Application has been made to this or any other court.

WHEREFORE, Saul Ewing respectfully requests that the Court enter an Order (i) allowing, authorizing and directing payment of interim compensation in the amount of $18,920.00 (80% of which is $15,136.00) for legal services rendered on behalf of the Committee during the Application Period; and, (ii) granting such other and further relief as the Court deems just and proper.

Dated: June 13, 2013

SAUL EWING LLP

_____
Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6840
Facsimile: (302) 421-5873

*Co-Counsel to the Official Committee of Unsecured Creditors*