# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PROMMIS HOLDINGS, LLC, *et al.*,[1] | ) Case No. 13-10551 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Obj. Deadline: July 10, 2013 @ 4:00 p.m.** |
| | ) **Hearing Date: Only if a response is filed** |

**FIRST MONTHLY FEE APPLICATION OF FTI CONSULTING, INC.,
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
APRIL 8, 2013 THROUGH APRIL 30, 2013**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | May 6, 2013 (Effective April 8, 2013) |
| Period for which compensation and reimbursement are sought: | April 8, 2013 through April 30, 2013 |
| Amount of compensation sought as actual, reasonable, and necessary: | $60,927.50 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is an:     __X__ monthly ___ interim ___ final application.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer identification number, are: Prommis Holdings, LLC (6940); Prommis Fin Co. (2965); Prommis Solutions, LLC (9978); E-Default Services LLC (0016); Statewide Tax and Title Services LLC (0049); Statewide Publishing Services LLC (0079); Nationwide Trustee Services, Inc. (2436); Statewide Tax and Title Services of Alabama LLC (7733); Nationwide Trustee Services of Virginia, Inc. (6687); Interface Inc. (9903); and Prommis Homeownership Solutions, Inc. (0569). The location of the Debtors' headquarters and the Debtors' service address is 400 Northridge Road, Atlanta, Georgia, 30350.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PROMMIS HOLDINGS, LLC, et al.. | ) | Case No. 13-10551 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## FIRST MONTHLY FEE APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD APRIL 8, 2013 THROUGH APRIL 30, 2013

This first monthly fee application for compensation and reimbursement of expenses (the *"Fee Application"*) is filed by FTI Consulting, Inc. (together with its wholly owned subsidiaries, agents, independent contractors and employees, *"FTI"*) requesting payment for services rendered and reimbursement of costs expended as financial advisor for the Official Committee of Unsecured Creditors (the *"Committee"*) of Prommis Holdings, LLC, et al., (the *"Debtors"*) for the period of April 8, 2013 through April 30, 2013 (the *"Application Period"*). In support of this Fee Application, FTI respectfully states as follows:

### Jurisdiction

1.      The Court has jurisdiction over this matter under 28 U.S.C. § 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2). Venue of this chapter 11 case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

### Background

2.      On March 18, 2013 (the *"Petition Date"*), the Debtors filed voluntary petitions with this Court under chapter 11 of the Bankruptcy Code. The Debtors are operating their business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in these chapter 11 cases.

2

3.      On March 28, 2013 the Office of the United States Trustee held a meeting to appoint the Committee pursuant to section 1102 of the Bankruptcy Code and on April 2, 2013, the Committee was formed.  On or about April 5, 2013, the Committee selected Saul Ewing LLP and Hahn & Hessen LLP to serve as co-counsel to the Committee, and on April 8, 2013, the Committee selected FTI Consulting, Inc. as its financial advisor.  The Committee consists of the following three members:

(a) Morris Manning & Martin, LLP;

(b) United Parcel Service; and

(c) West Tennessee Title, GP.

4.      On May 6, 2013 FTI filed its retention application. On May 28, 2013 the Court entered an order approving the retention of FTI as financial advisor to the Committee effective as of April 8, 2013 (the *"Retention Order"*), a copy of which is attached as **Exhibit A.**

### Relief Requested

5.      FTI submits this Fee Application pursuant to sections 330 and 331 of the Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the *"Bankruptcy Rules"*), Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 105(a) and 331 of Bankruptcy Code (the *"Administrative Order"*), Del. Bankr. LR 2016-2 and the Retention Order.  By this Fee Application, FTI seeks interim allowance of compensation for actual and necessary professional services rendered in the amount of $48,742.00 for the Application Period (80% of total fees of $60,927.50), in accordance with the terms of the Administrative Order. FTI incurred no expenses during the Application Period.

## Summary of Fees

6.      The total number of hours expended by FTI professionals and paraprofessionals in performing professional services for the Committee during the Application Period was 124.3 hours. Pursuant to the Retention Order, FTI is entitled to monthly compensation for its services provided to the Committee at its current hourly rates, plus reimbursement of necessary out of pocket expenses.

7.      In connection with this engagement, FTI has agreed to cap its blended hourly rate at $495. FTI's blended hourly rate for the Application Period was $490.16.

8.      Services rendered by each professional and paraprofessional during the Application Period, and a summary of the time incurred by project code followed by detailed time entries, is attached hereto as **Exhibit B** and **Exhibit C**.

9.      The following paragraph(s) describe the primary services rendered by FTI:

### Code 1 – Analysis of Case Background Information and Current Results (34.2 hours)

During the Application Period, FTI reviewed and analyzed financial and operating information distributed by the Debtors related to historical and current performance. FTI provided the Committee with an understanding of the Debtors' historical financial results, current financial position and results of operations compared to budget. FTI corresponded with the Debtors and their advisors to discuss current bank balances, cash flow forecasts and other liquidity and budget related matters.

### Code 6 – Asset Sales (33.7 hours)

During the Application Period, FTI reviewed and analyzed the Debtors' sale documents relating to the sales of the Debtors' Johnson Freedman, Pite Duncan, McCalla Raymer, and Cal-Western Reconveyance assets. FTI actively participated in the sale process with the Debtors and

4

their advisors, including identifying potential buyers, contacting potential buyers and participating in discussions with potential buyers.

*Code 9 – Analysis of Employee Compensation Programs (11.3 hours)*

FTI performed a detailed review of the proposed key employee incentive and retention plans and presented observations and recommendations to the Committee.

## Actual and Necessary Costs and Expenses Incurred

10.    No reimbursement of expenses is sought herein.

## Compliance with the Bankruptcy Code, the Bankruptcy Rules and Local Rules

11.    In accordance with Del. Bankr. LR 2016-2, a summary schedule of hours and fees for each professional, and a summary of hours and fees categorized by project code are attached. The undersigned submits that this Fee Application complies with Del. Bankr. LR 2016-2 and the Retention Order.

12.    FTI submits that the services rendered and expenses incurred were actual and necessary and that the compensation sought is reasonable and in accordance with the standards of the Bankruptcy Code and Bankruptcy Rules.

13.    No agreement or understanding exists between FTI and any other entity (other than shareholders or employees of FTI) for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

## Notice

As required by the Administrative Order, a copy of this Fee Application has been served upon: (a) The Debtors: Prommis Solutions, LLC, 400 Northridge Road, Atlanta, GA 30350, Attn: General Counsel; (b) co-counsel for the Debtors: Womble, Carlyle, Sandridge & Rice, LLP, 222 Delaware Avenue, Suite 1501, Wilmington, DE 19801, Attn.: Steven K. Kortanek; *and* Kirkland & Ellis LLP, 601 Lexington Ave, New York, NY 10022, Attn: Christopher J. Marcus and David S. Meyer; (c) co-counsel for the Committee: Saul Ewing LLP, 222 Delaware Ave, Suite 1200, Wilmington, DE 19801, Attn: Mark Minuti *and* Hahn & Hessen LLP, 488 Madison Ave, New York, NY 10022, Attn: Mark S. Indelicato and Mark T. Power; and (d) the Office of the Unites States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King Street, Suite 207, Wilmington, DE 19801, Attn: Jane Leamy, Esq. Notice of this Fee Application was served upon all parties requesting notice pursuant to Bankruptcy Rule 2002.

[THE REMAINDER OF THIS PAGE LEFT INTENTIONALLY BLANK]

WHEREFORE, FTI respectfully requests an award of compensation for professional services rendered as financial advisor to the Committee during the Application Period in the amount of $48,742.00 (80% of total fees of $60,927.50), pursuant to the Administrative Order; and such other and further relief that the Court deems just and proper.

Dated: June 14, 2013                                            FTI CONSULTING, INC

                                                                By: /s/ Matthew Diaz
                                                                    Matthew Diaz
                                                                    Three Times Square
                                                                    New York, NY 10036
                                                                    Telephone: 212.499.3611
                                                                    E-mail: matt.diaz@fticonsulting.com

## VERIFICATION PURSUANT TO DEL. BANKR.LR. 2016-2(f) AND 28 U.S.C. §1746(2)

I, Matthew Diaz, verify as follows:

1.      I am a Senior Managing Director with FTI Consulting, Inc. (together with its wholly owned subsidiaries, agents, independent contractors and employees, "*FTI*"). FTI has rendered professional services to the Official Committee of Unsecured Creditors (the "*Committee*") in these Chapter 11 cases.

2.      I have read the foregoing application of FTI for compensation and reimbursement of expenses (the "*Fee Application*"). To the best of my knowledge, information and belief formed upon the basis of my participation in this case, as well as after reasonable inquiry, the facts set forth in the foregoing Fee Application are true and correct and materially comply with the applicable orders, rules, guidelines and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del.Bankr.LR 2016-2, and the Executive Office for the United States Trustee.

Executed on: June 14, 2013                     FTI CONSULTING, INC.

                                By:   /s/ Matthew Diaz
                                Matthew Diaz
                                Three Times Square
                                New York, NY 10036
                                Telephone: 212.499.3611
                                E-mail: matt.diaz@fticonsulting.com

                                Financial Advisors to the Official
                                Committee of Unsecured Creditors of
                                Prommis Holdings, LLC, et al.