Mr. Tracey Turner
4250 Somerset Circle SW
Atlanta, GA 30331
770-337-7677

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

TRACY M. TURNER,

    Plaintiff,

vs.

PROMMIS SOLUTIONS, LLC,

AND

TROY CROUSE VICE PRESIDENT OF

MORTGAGE ELECTRONIC

REGISTRATION SYSTEMS,

AND

ERIC T. WAY

1544 OLD ALABAMA ROAD

ROSWELL, GA 30076

AND

DEBBIE REIDELER FOUSHEE

FULTON COUNTY NOTARY

1623 SARATOGA DRIVE

ALPHARETTA, GA 30022

AND

Adv. Case No: _____

Case No.: 1:13-10551-BLS

FILED 2013 AUG -2 PM 12:35 CLERK US BANKRUPTCY COURT DISTRICT OF DE

- 1

```
ALDE DUENSE, ASSISTANT SECRETARY

MORTGAGE ELECTRONIC REGISTRATION

SYSTEMS INC P.O. BOX 2026

FLINT, MI 48501

AND

MCCALLA RAYMER, LLC

1544 OLD ALABAMA ROAD

ROSWELL, GEORGIA 30076

        Defendant
```

## ADVERSARY COMPLAINT FOR DECLARATORY JUDGMENT

## AND PETITON TO REMOVE CLOUD FROM TITLE

COMES NOW Tracy M. Turner, pro se ("Plaintiff"), the Plaintiff in the above-referenced civil action, and hereby files its Adversary Complaint for Declaratory Judgment and Petition to Remove Cloud from Title against Defendant, respectfully showing this Honorable Court as follows:

## JURISDICTION, VENUE AND SERVICE

1. This action involves the Bogus Filings of Assignment's by Prommis Solutions LLC on real property and the improvements thereon located at 4250 Somerset Circle SW, Atlanta, GA 30331 (the "Property") and more particularly described as follows:

-2

> All that tract or parcel of land lying and being in Land Lot 39 of the 14 District, Fulton County, Georgia, being Lot 17, Block A, Huntington, Unit Three, Country Club Section, as per plat recorded at Plat Book 84, Page 117, Fulton County, Georgia records, to which reference is made for the purpose of incorporating the same as a part herein.

2. Tracy Turner, Plaintiff in the above-styled civil action, resides at the property.

3. Federal diversity jurisdiction exists pursuant to 28 U.S.C. 1655 and 28 U.S.C 1332 because the Defendant is a resident of a different state from the Plaintiff and because the Defendant filed a Chapter 11 in this court.

4. This adversary proceedings is commenced pursuant to Federal Rule of Bankruptcy Procedure 7001.

5. This is a core proceeding pursuant to section 157 of the Judicial Code.

6. On January 17, 2003, the Property was conveyed from COUNTRYWIDE HOME LOANS INC to Mortgage Electronic Registration System Inc., MERS via Security Deed, and then to GRIFFIN FEDERAL SAVINGS BANK.

7. On January 17, 2003, Plaintiff obtained a loan in the amount of One Hundred Fifty-Three Thousand Six Hundred Twenty-Nine and 0/100 Dollars ($153.629.00) from Griffin Federal Savings Bank (hereinafter, the "Loan"). As evidence of the indebtedness, Tracy Turner executed a Promissory Note in favor of Mortgage Registration Systems (hereinafter, the "Note").

-3

8. To secure repayment of the Note, Tracy Turner and Cheree H Turner executed a Security Deed in favor of Mortgage Electronic Registration Systems, Inc., dated January 17, 2003 recorded in Deed Book 34087, Page 531, Fulton County, Georgia Records, as last transferred to BAC Home Loans Servicing, LP formerly known as Countrywide Home Loans Servicing, LP by assignment recorded in Deed Book 49490, Page 305 Fulton County, Georgia Records.  (hereinafter), the "Security Deed").  A true and correct copy of the Security Deed is attached hereto as Exhibit "A" and incorporated herein by reference.

9. On or about October 26, 2010 Mortgage Electronic Registration Systems, Inc., transferred its interest to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, via Assignment recorded October 26, 2010 in Deed Book 49490 Page 305, Fulton County, Georgia records.  A true and correct copy of the Assignment is attached hereto as Exhibit "B" and incorporated herein by reference.

10. Plaintiff, Turner brings this Complaint to obtain a declaratory judgment that the Assignment is not a valid Assignment and BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING LP, are not entitled to first-in-priority lien status, and to clear up several asserted clouds

-4

of bogus filing on title respecting the Property.

11. On October 26, 2010 Prommis Solution, LLC and Mortgage Electronic Registration Systems, Inc., cased an fraudulent Assignment to filed on Plaintiff property, knowing that Debbie R. Foushee was not a notary at the time they assigned the property.

12. On June 22, 2012, Prommis Solutions, LLC, Troy Crouse Vice President of Mortgage Electronic Registration Systems, Debbie R. Foushee, Eric T. Way and MCCALLA RAYMER, LLC executed another **bogus** Corrective Assignment.  See Exhibit "C" a true and correct copy attached.

13. The Assignments executed by Prommis Solutions, LLC, Troy Crouse Vice President of Mortgage Electronic Registration Systems, Debbie R. Foushee and Eric T. Way are not valid Assignments against Plaintiff's Property.  Any similar and subsequent bogus filings are subject to the Security Deed and have no legal effect.  This Court is asked to enter a declaratory judgment to that effect to remove any potential cloud on title with respect to the Bogus Filings of Prommis Solutions, LLC, Troy Crouse Vice President of Mortgage Electronic Registration Systems, Debbie R. Foushee and Eric T. Way.

**COUNT I**

-5

## DECLARATORY JUDGMENT

14. Plaintiff re-alleges and incorporates by reference the foregoing Paragraphs 1 through 11 of this Complaint as if fully restated herein.

15. This claim is an action for Declaratory Judgment brought pursuant to the provisions of this court rules.

16. An actual, present and existing controversy has arisen with respect to the Plaintiff's right, title and interest in the Corrective Assignment by Prommis Solutions, LLC, Troy Crouse Vice President of Mortgage Electronic Registration Systems, Debbie R. Foushee and Eric T. Way.

17. It is necessary and proper that the rights and status among the parties hereto be declared.

18. An actual controversy exists between the parties in this case.

19. The Court should issue an order declaring that the Security Deed is not valid, that all Assignments by Prommis Solutions, LLC, Troy Crouse Vice President of Mortgage Electronic Registration Systems, Debbie R. Foushee and Eric T. Way or void or subsequent Bogus Filings by Prommis Solutions, LLC, Troy Crouse Vice President of Mortgage Electronic Registration Systems, Debbie R. Foushee and Eric T. Way have no legal effect.  Such an order would not adversely affect

any of the parties.

20. There is no adequate remedy at law to restore the parties to the status quo ante.

## COUNT II

### PETITON TO REMOVE CLOUND FROM TITLE AND DECLARE

### PROMIS SOLUTIONS ASSIGNMENT VOID

21. Plaintiff re-alleges and incorporates by reference the within and foregoing Paragraphs 1 - 18 of its Complaint as if fully restated herein.

22. Plaintiff cannot immediately or effectively maintain or protect its respective rights by any other course of proceedings.

23. The Bogus Filing of Prommis Solutions, LLC, Troy Crouse Vice President of Mortgage Electronic Registration Systems, Debbie R. Foushee and Eric T. Way is a cloud on Plaintiff's title and, as such, may be vexatiously or injuriously used against Plaintiff.

24. Plaintiff will continue to be damaged by the hostile claim on title to the Property, as evidenced by the Bogus Filings of Prommis Solutions, LLC, Troy Crouse Vice President of Mortgage Electronic Registration Systems, Debbie R. Foushee, Eric T. Way, and MCCALLA RAYMER, LLC.

-7

25. There is no adequate remedy at law to restore the parties to the status quo ante.

WHEREFORE, Plaintiff prays as follows:

a) That this Court enter an Order and judgment declaring the Bogus Filings of Prommis Solutions, LLC, Troy Crouse Vice President of Mortgage Electronic Registration Systems, Debbie R. Foushee and Eric T. Way, and any similar and subsequent bogus filings thereto, are subject to the Security Deed and are to be void and of no legal effect;

b) That this Court enter an Order and judgment declaring the Assignments void against the Property, and stay all foreclosure proceedings in Atlanta.

c) That this Court grant such other and further relief as it deems just and proper.

Dated this 30th day of July, 2013.

*[signature: Tracy M. Turner]*
TRACY M. TURNER, PRO SE

- 8