PRO 000157

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PROMMIS HOLDINGS, LLC, et al.,[1] | ) Case No. 13-10551 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF NEW YORK  )

I, Robert Rotman declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., 419 Park Avenue South, Suite 1206, New York, NY 10016.

3. On the 26th day of February, 2014, I caused a true and accurate copy of the "Agreed Order Granting Michael C. Greenspon's Motion for Limited Relief from Automatic Stay and Election as Exempt Plaintiff" (Docket No. 855), to be served upon the parties listed in Exhibit 1, attached hereto, via First Class US Mail.

4. Said document was securely enclosed in postage prepaid envelopes and delivered to an office of the United States Postal Service for delivery by First Class Mail.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: Prommis Holdings, LLC (6940); Prommis Fin Co. (2965); Prommis Solutions, LLC (9978); E-Default Services LLC (0016); Statewide Tax and Title Services LLC (0049); Statewide Publishing Services LLC (0079); Nationwide Trustee Services, Inc. (2436); Statewide Tax and Title Services of Alabama LLC (7733); Nationwide Trustee Services of Virginia, Inc. (6687); EC Closing Corp. (8580); EC Posting Closing Corp. (9995); EC Mailing Corp. (f/k/a Interface Inc.) (9903); Prommis Homeownership Solutions, Inc. (0569); and EC Closing Corp. of Washington (2552). The Debtors' service address is P.O. Box 767427, Roswell, Georgia, 30076.

5.  I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 26th day of February, 2014 at New York, New York.

By _____
Robert Rotman

Sworn before me this
26th day of February, 2014

_____
Notary Public

**EXHIBIT 1**

| | | | |
|---|---|---|---|
| 000054P002-1312S-157<br>ADP, INC.<br>PO BOX 842875<br>BOSTON MA 02284-2875 | 000091P001-1312S-157<br>ANTELOPE VALLEY PRESS<br>P.O. BOX 4050<br>PALMDALE CA 93590 | 000041P002-1312S-157<br>BENDUN ABSTRACT INC<br>ATTN: THOMAS BENEDICT<br>4833 SOUTH COBB DRIVE<br>SUITE 100<br>SMYRNA GA 30080 | 000038P001-1312S-157<br>BINGHAM MCCUTCHEN LLP<br>P.O. BOX 3486<br>BOSTON MA 02241 |
| 000077P001-1312S-157<br>CALOMENI & ASSOCIATES, LLC<br>ATTN: DALE A. CALOMENI<br>515 E. CROSSVILLE RD., BLDG 200<br>SUITE 250<br>ROSWELL GA 30075 | 000092P001-1312S-157<br>COASTLINE POSTING AND FIELD SERVICES<br>24551 RAYMOND WAY STE150<br>LAKE FOREST CA 92630 | 000072P001-1312S-157<br>COMMONWEALTH OF PENNSYLVANIA<br>DEPT OF LABOR AND INDUSTRY<br>READING BANKRUPTCY & COMPLIANCE UNIT<br>625 CHERRY STREET<br>ROOM 203<br>READING PA 19602-1152 | 000103P001-1312S-157<br>DAILY BULLETIN<br>CITY NEWS - UPLAND<br>4000 EXECUTIVE PARKWAY SUITE 200<br>SAN RAMON CA 94583 |
| 000010P001-1312S-157<br>DELAWARE DIVISION OF REVENUE<br>ZILLAH A. FRAMPTON<br>BANKRUPTCY ADMINISTRATOR<br>CSOB 8TH FLOOR<br>820 N. FRENCH STREET<br>WILMINGTON DE 19801 | 000024P001-1312S-157<br>DELAWARE STATE TREASURY<br>820 SILVER LAKE BLVD.<br>SUITE 100<br>DOVER DE 19904 | 000108P001-1312S-157<br>DESERT SUN PUBLISHING CO.<br>PO BOX 2737<br>PALM SPRINGS CA 92263 | 000060P001-1312S-157<br>DUKE REALTY LP<br>600 E 96TH STREET<br>SUITE 100<br>INDIANAPOLIS IN 46240 |
| 000059P001-1312S-157<br>EMASON, INC.<br>11399 16TH COURT<br>ST. PETERSBURG FL 33716 | 000107P001-1312S-157<br>ERIC NICOLAS<br>2123 MENOCINO DRIVE<br>BAY POINT CA 94565 | 000098P001-1312S-157<br>FINANCIAL FREEDOM<br>2900 ESPERANZA CROSSING<br>AUSTIN TX 78758 | 000082P001-1312S-157<br>FIRST AMERICAN TITLE INSURANCE COMPANY<br>165 EAST PARKS HWY STE 101<br>WASILLA AK 99654 |
| 000052P001-1312S-157<br>FLAT IRON CAPITAL<br>1700 LINCOLN ST.<br>12TH FLOOR<br>DENVER CO 80203 | 000106P001-1312S-157<br>FRESNO BEE<br>1626 E STREET<br>FRESNO CA 93786 | 000075P002-1312S-157<br>FRIEDLANDER MISLER, PLLC<br>ATTN: ROBERT E. GREENBERG, ESQ.<br>5335 WISCONSIN AVENUE, N.W.<br>SUITE 600<br>WASHINGTON DC 20015 | 000076P001-1312S-157<br>FRIEDLANDER MISLER, PLLC<br>ATTN: LINDSAY A. THOMPSON, ESQ.<br>5335 WISCONSIN AVENUE, N.W.<br>SUITE 600<br>WASHINGTON DC 20015 |
| 000111P001-1312S-157<br>GORDON & REES LLP<br>MEGAN ADEYEMO<br>555 SEVENTEENTH STREET<br>SUITE 3400<br>DENVER CO 80202 | 000067P001-1312S-157<br>GORDON, FOURNARIS AND MAMMARELLA<br>NEIL LAPINSKI, ESQ.<br>1925 LOVERING AVENUE<br>WILMINGTON DE 19806 | 006681P001-1312A-157<br>MICHAEL C. GREENSPON<br>1135 MAKAWAO AVE STE 103 #321<br>MAKAWAO HI 96768 | 000046P001-1312S-157<br>GWINNETT DAILY POST<br>PO BOX 603<br>LAWRENCEVILLE GA 30046 |
| 000073P001-1312S-157<br>HAHN & HESSEN LLP<br>ATTN: MARK S. INDELICATO, ESQ.<br>488 MADISON AVENUE<br>NEW YORK NY 10022 | 000074P001-1312S-157<br>HAHN & HESSEN LLP<br>ATTN: MARK T. POWER, ESQ.<br>488 MADISON AVENUE<br>NEW YORK NY 10022 | 000064P001-1312S-157<br>HUNTON & WILLIAMS LLP<br>ATTN: TYLER P. BROWN, ESQ.<br>RIVERFRONT PLAZA, EAST TOWER<br>951 E. BYRD STREET<br>RICHMOND VA 23219 | 000065P001-1312S-157<br>HUNTON & WILLIAMS LLP<br>ATTN: JASON W. HARBOUR, ESQ.<br>RIVERFRONT PLAZA, EAST TOWER<br>951 E. BYRD STREET<br>RICHMOND VA 23219 |

| | | | |
|---|---|---|---|
| 000055P002-1312S-157<br>INDERCOMM HOLDINGS, INC.<br>JEGADESAN KRISHNAMURTHY<br>14500 N. NORTHSIGHT BLVD.,<br>STE. 207<br>SCOTTSDALE AZ 85260-3661 | 000093P001-1312S-157<br>INLAND VALLEY DAILY BULLETIN (ONTARIO)<br>4000 EXECUTIVE PARKWAY SUITE 200<br>SAN RAMON CA 94583 | 000002P001-1312S-157<br>INTERNAL REVENUE SERVICE<br>2970 MARKET STREET<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 | 000023P001-1312S-157<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101 |
| 000080P001-1312S-157<br>IRON MOUNTAIN INFORMATION MGMT, LLC<br>ATTN: JOSEPH CORRIGAN<br>745 ATLANTIC AVENUE, 10TH FLOOR<br>BOSTON MA 02111 | 000033P001-1312S-157<br>JOHNSON & FREEDMAN LLC<br>1587 NORTHEAST EXPRESSWAY<br>ATLANTA GA 30329 | 000078P001-1312S-157<br>JOYCE J. LUBBERS<br>3541 E. COCHISE DRIVE<br>PHOENIX AZ 85028 | 000029P002-1312S-157<br>KING & SPALDING LLP<br>MICHAEL C. RUPE<br>1185 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 |
| 000030P002-1312S-157<br>KING & SPALDING LLP<br>CHRISTOPHER G. BOIES<br>1185 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | 000089P001-1312S-157<br>LAND RECORDS OF TEXAS<br>PO BOX 511459<br>LOS ANGELES CA 90051 | 000104P001-1312S-157<br>LAW OFFICES OF JAMES H. WOODALL, PLLC<br>10808 RIVER FRONT PKWY STE 175<br>SOUTH JORDAN UT 84095 | 000063P001-1312S-157<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ELIZABETH WELLER<br>2323 BRYAN STREET<br>STE 1600<br>DALLAS TX 75201 |
| 000036P001-1312S-157<br>LOCKE LORD BISSELL & LIDDELL LLP<br>600 TRAVIS<br>SUITE 2800<br>HOUSTON TX 77002 | 000071P001-1312S-157<br>LOIZIDES, P.A.<br>CHRISTOPHER D. LOIZIDES<br>1225 KING STREET<br>SUITE 800<br>WILMINGTON DE 19801 | 000083P001-1312S-157<br>LPS AGENCY SALES & POSTING<br>3210 EL CAMINO REAL SUITE 200<br>IRVINE CA 92602 | 000031P001-1312S-157<br>LPS AND AFFILIATES<br>601 RIVERSIDE AVENUE<br>JACKSONVILLE FL 32204 |
| 000081P001-1312S-157<br>LPS DEFAULT TITLE<br>601 RIVERSIDE AVENUE<br>JACKSONVILLE FL 32204 | 000095P001-1312S-157<br>LPS PROCESS MANAGEMENT<br>PO BOX 849277<br>LOS ANGELES CA 90084 | 000039P001-1312S-157<br>MARIETTA DAILY JOURNAL<br>PO BOX 449<br>MARIETTA GA 30061 | 000058P001-1312S-157<br>MARLIN BUSINESS BANK<br>PO BOX 13604<br>PHILADELPHIA PA 19101 |
| 000047P001-1312S-157<br>MCCALLA RAYMER<br>DIANE THIBAULT<br>1544 OLD ALABAMA RD.<br>ROSWELL GA 30076 | 000068P001-1312S-157<br>MCKENNA LONG & ALDRIDGE LLP<br>GARY W. MARSH, ESQ<br>303 PEACHTREE STREET<br>SUITE 5300<br>ATLANTA GA 30308 | 000112P001-1312S-157<br>MORRIS JAMES LLP<br>ATTN: BRETT D. FALLON, ESQ.<br>500 DELAWARE AVENUE, SUITE 1500<br>PO BOX 2306<br>WILMINGTON DE 19899-2306 | 000032P003-1312S-157<br>MORRIS MANNING & MARTIN LLP<br>ATTN: LOUISE WELLS<br>1600 ATLANTA FINANCIAL<br>3343 PEACHTREE ROAD NE<br>ATLANTA GA 30326 |
| 000043P002-1312S-157<br>MOTHERSONSUMI INFOTECH & DESIGNS LTD.<br>ATTN: NISHANT KRISHNA<br>C-26, SECTOR 62<br>NODIA<br>UTTAR PRADESH  201309<br>INDIA | 000045P001-1312S-157<br>MS DEFAULT RESOLUTION, LLC<br>6515 GOODMAN RD<br>SUITE 352<br>OLIVE BRANCH MS 38654 | 000037P001-1312S-157<br>NASHVILLE LEDGER<br>PO BOX 3624<br>MEMPHIS TN 38173 | 000099P001-1312S-157<br>NEVADA LEGAL SUPPORT SERVICES, LLC<br>930 S. FOURTH STREET, SUITE 200<br>LAS VEGAS NV 89101 |

| | | | |
|---|---|---|---|
| 000049P001-1312S-157<br>NEWS DAILY/DAILY HERALD<br>PO BOX 368<br>JONESBORO GA 30237 | 000101P001-1312S-157<br>NEWSPAPER AGENCY CORPORATION<br>LEGAL ADVERTISING DIVISION<br>P.O. BOX 704005<br>WEST VALLEY CITY UT 84170 | 000069P001-1312S-157<br>NICK WOOTEN, LLC<br>NICK WOOTEN<br>P.O. BOX 3389<br>AUBURN AL 36831 | 000105P001-1312S-157<br>OGDEN STANDARD EXAMINER<br>P.O. BOX 12790<br>OGDEN UT 84412 |
| 000086P001-1312S-157<br>ORANGE COAST TITLE COMPANY<br>2411 WEST LA PALMA AVE., SUITE 350 BUILDING 1<br>ANAHEIM CA 92801 | 000090P001-1312S-157<br>ORANGE TITLE INSURANCE AGENCY<br>1447 SOUTH 550 EAST<br>OREM UT 84097 | 000087P001-1312S-157<br>PACIFIC COAST TITLE<br>1111 E. KATELLA AVE #200<br>ORANGE CA 92867 | 000034P001-1312S-157<br>PITE DUNCAN LLP TRUST ACCOUNT<br>DAVID DALLAL<br>4375 JUTLAND DR.<br>SAN DIEGO CA 92117 |
| 000088P001-1312S-157<br>PITE DUNCAN, LLP<br>4375 JUTLAND DIRVE, #200<br>SAN DIEGO CA 92117 | 000050P002-1312S-157<br>PITNEY BOWES INC.<br>ATTN: BANKRUPTCY DEPARTMENT<br>27 WATERVIEW DR., 3RD FL.<br>SHELTON CT 06482 | 000057P001-1312S-157<br>REECE & ASSOCIATES<br>WAYNE REECE<br>4200 NORTHSIDE PARKWAY<br>BLD #7<br>ATLANTA GA 30327 | 000061P001-1312S-157<br>REED SMITH LLP<br>KURT GWYNNE, ESQ.<br>1201 MARKET STREET<br>SUITE 1500<br>WILMINGTON DE 19801 |
| 000062P001-1312S-157<br>REED SMITH LLP<br>LUCY QIU, ESQ.<br>1201 MARKET STREET<br>SUITE 1500<br>WILMINGTON DE 19801 | 000051P001-1312S-157<br>RESOURCE MAX GLOBAL TECHNOLOGIES, LLC<br>11030 JONES BRIDGE ROAD<br>SUITE 208<br>ALPHARETTA GA 30022 | 000100P001-1312S-157<br>SAN DIEGO NEIGHBORHOOD NEWSPAPERS<br>CHULA VISTA STAR NEWS<br>296 3RD AVENUE<br>CHULA VISTA CA 91910 | 000110P001-1312S-157<br>SAN DIEGO NEIGHBORHOOD NEWSPAPERS<br>EAST COUNTY CALIFORNIAN<br>296 3RD AVENUE<br>CHULA VISTA CA 91910 |
| 000070P001-1312S-157<br>SAUL EWING LLP<br>MARK MINUTI<br>222 DELAWARE AVENUE, SUITE 1200<br>P.O. BOX 1266<br>WILMINGTON DE 19899 | 000027P001-1312S-157<br>SECRETARY OF LABOR, US DEPT OF LABOR<br>RUBEN R. CHAPA<br>230 SOUTH DEARBORN<br>ROOM 844<br>CHICAGO IL 60604 | 000025P001-1312S-157<br>SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903 | 000066P001-1312S-157<br>SECRETARY OF TREASURY<br>P.O. BOX 7040<br>DOVER DE 19903 |
| 000021P001-1312S-157<br>SECURITIES & EXCHANGE COMMISSION<br>SECRETARY OF TREASURY<br>OFFICE OF GEN. COUNSEL<br>100 F STREET, NE<br>WASHINGTON DC 20549 | 000022P001-1312S-157<br>SECURITIES & EXCHANGE COMMISSION<br>GEORGE S. CANELLOS, REGIONAL DIRECTOR<br>3 WORLD FINANCIAL CENTER<br>SUITE 400<br>NEW YORK NY 10281 | 000085P002-1312S-157<br>SERVICE LINK TSG<br>P.O. BOX 8521<br>LOS ANGELES CA 90084 | 000040P001-1312S-157<br>SHARP HEALTH PLAN<br>GINA KOESTERER<br>8520 TECH WAY<br>#200<br>SAN DIEGO CA 92123 |
| 000113P001-1312S-157<br>SMITH HULSEY & BUSEY<br>ATTN: STEPHEN D. BUSEY, ESQ.<br>225 WATER STREET, SUITE 1800<br>JACKSONVILLE FL 32202 | 000114P001-1312S-157<br>SMITH HULSEY & BUSEY<br>ATTN: JAMES A. BOLLING, ESQ.<br>225 WATER STREET, SUITE 1800<br>JACKSONVILLE FL 32202 | 000042P001-1312S-157<br>SMOOTHSTONE LP COMMUNICATIONS<br>200 SMOOTHSTONE CENTER<br>LOUISVILLE KY 40202 | 000048P001-1312S-157<br>SUPERIOR ABSTRACTS<br>JASON ALLDAY<br>233 12 STREET<br>SUITE 745<br>COLUMBUS GA 31901 |

| | | | |
|---|---|---|---|
| 000056P002-1312S-157<br>TECHNOLOGY LEASING CONCEPTS, INC.<br>TOM SHOCKLEY<br>557 SOUTLAKE BLVD.<br>RICHMOND VA 23236 | 000079P001-1312S-157<br>TENNESSEE DEPARTMENT OF REVENUE<br>C/O TN ATTY GENERAL'S OFFICE, BANKR. DIV.<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 000094P001-1312S-157<br>THE DAILY HERALD<br>1555 NORTH FREEDOM BLVD<br>P.O. BOX 717<br>PROVO UT 84603 | 000102P001-1312S-157<br>THE DAILY REVIEW<br>C/O BAY AREA NEWS GROUP<br>4000 EXECUTIVE PARKWAY SUITE 200<br>SAN RAMON CA 94583 |
| 000116P002-1312S-157<br>THE LAW OFFICE OF EDWARD J. KOSMOWSKI, LLC<br>EDWARDS J. KOSMOWSKI<br>2 MILL ROAD<br>SUITE 202<br>WILMINGTON DE 19806 | 000097P001-1312S-157<br>THE RECORD<br>DEPT LA 21670<br>PASADENA CA 91185 | 000084P001-1312S-157<br>TRUSTEE'S TITLE & ESCROW, L.C.<br>10808 RIVER FRONT PARKWAY SUITE 175<br>SOUTH JORDAN UT 84095 | 000115P001-1312S-157<br>UMRAM OSAMBELA, IN PRO SE<br>1662 RAVANUSA DR.<br>HENDERSON NV 89052 |
| 000035P001-1312S-157<br>UNITED HEALTHCARE OF GA<br>22703 NETWORK PLACE<br>CHICAGO IL 60673 | 000026P001-1312S-157<br>UNITED STATES TRUSTEE<br>JANE LEAMY<br>844 KING STREET<br>SUITE 2207<br>WILMINGTON DE 19801 | 000044P001-1312S-157<br>UPS INC.<br>PO BOX 7247-0244<br>PHILADELPHIA PA 19170 | 000007P001-1312S-157<br>US ATTORNEY'S OFFICE<br>DISTRICT OF DELAWARE<br>1007 N. ORANGE STREET<br>WILMINGTON DE 19801 |
| 000109P001-1312S-157<br>WEST COUNTY TIMES<br>C/O BAY AREA NEWSGROUP<br>4000 EXECUTIVE PARKWAY SUITE 200<br>SAN RAMON CA 94583 | 000053P001-1312S-157<br>WEST TENNESSEE TITLE<br>1420 NORTH HIGHLAND AVE<br>JACKSON TN 38301 | | |

Records Printed :              98