*Marina Cheung Yiu*
1100 Sullivan Avenue, #2584
Daly City, California 94017
(510) 407-2178

Email: mariuaym@hotmail.com

October 6, 2014

*Via U.S. Postal Service Priority Mail*
State of California, Secretary of State
Certification and Records
Business Programs Division
P.O. Box 944260
Sacramento, California 94244-2600

    Re:    Cal-Western Reconveyance Corporation

Dear Gentlepersons:

Thank you for your correspondence (copy enclosed) dated September 19, 2014 that reflects your records have more than one entity with the same or similar name as Cal-Western Reconveyance Corporation ("Cal-Western"). Enclosed is a copy of the list you provided of the four 4-entities identified as follows:

**Entity Name and Entity File Number**

- Cal-Western Reconveyance Corporation-Entity ID No.: C1066842
- Cal-Western Reconveyance Corporation-Entity ID No.: C1293486
- Cal-Western Reconveyance Corporation-Entity ID No.: C1066842
- Cal-Western Reconveyance Corporation-Entity ID No.: C3610002

The list shows two Cal-Western entities have the same Entity ID No.: C1066842, and a search at your website on October 5, 2014 resulted in the Business Entity Detail (copies enclosed) bearing the following:

**Entity Name and Entity File Number**

- EC Closing Corp.-Entity ID No.: C1066842
- Babblecock Investments Inc.-Entity ID No.: C1293486
- Cal-Western Reconveyance Corporation-Entity ID No.: C3610002

The enclosed copies of the Notice of Default and Election to Sell Under Deed of Trust ("NOD") was recorded on March 22, 2012 by LSI Title Company, As Agent for Cal-Western, and the Substitution of Trustee ("Substitution") was recorded on June 27, 2012 by Wells Fargo, N.A. ("Wells Fargo") for the purpose to substitute in Cal-Western as Trustee. However, your records bears witness Cal-Western-Entity ID No.: C3610002 didn't exist until October 3, 2013 as a California entity with its business address located in Harrisburg, Oregon.

The Footnote on Page 4 to the correspondence (copy enclosed) dated April 30, 2014 of Old Republic National Title Insurance Company ("ORTC") reflects Cal-Western Reconveyance Corporation also known as "aka" EC Closing Corp., however, there is nothing in your records to specifically evidence EC Closing Corp. ("EC") or Cal-Western filed Articles of Incorporation, or Articles of Amendment to support its "aka" business entity status.

State of California, Secretary of State
Certification and Records
October 6, 2014
Page 2

Pursuant to California Civil Code § 2932.5 it is evident Wells Fargo lack standing to execute and cause the Substitution to be recorded with the Contra Costa County Recorder's Office ("Recorder") since Wells Fargo isn't the Beneficiary or Assignee of record. As mandated under § 2932.5 Wells Fargo as Beneficiary never caused an Assignment of Deed of Trust ("Assignment") to be recorded with the Recorder, therefore, Wells Fargo lack power of sale under the Deed of Trust (Security Instrument) ("Deed") that secures the Promissory Note ("Note").

All beneficial interest under the Deed with power of sale was never granted, assigned or transferred to Wells Fargo; therefore, Wells Fargo pursuant to the applicable laws of this State can present no evidence to support its claim as Assignee, Beneficiary or Note Holder.

Issued respectively on July 27, 2007 and January 27, 2009 by Cal-Western Reconveyance Corp. dba Cal-Western Foreclosure Services is two checks (copies enclosed) payable to First American Title Insurance Company ("FATCO") in the amount of $482,752.93 and $547,663.17. It is evident your records provide sufficient facts that prior to September 24, 2012, Cal-Western neither existed nor was Cal-Western authorized to transact business as Cal-Western Reconveyance Corp. dba Cal-Western Foreclosure Services.

EC filed on June 25, 2013 a Voluntary Petition Chapter 11 (copy enclosed) in the United States Bankruptcy Court, District of Delaware under Case No.: 13-11619, the Voluntary Petition indicates EC as Debtor must include "All Other Names used by the Debtor in the last 8 years", which under its Employee Identification Number ("EIN") 95-3708580, EC listed Cal-Western Reconveyance Corp. and Cal-Western Foreclosure Services as names used from around June 25, 2005 thru June 25, 2013. However, again, your records doesn't support EC's assertion that it filed Articles of Incorporation, or Articles of Amendment to bear witness EC nor Cal-Western were authorized by this State to operate "Doing Business As "DBA", Also Known As "AKA" or Formerly Known As "FKA" EC, Cal-Western or Cal-Western Foreclosure Services".

EC and Cal-Western fraudulently filed and recorded or caused to be filed and recorded in Federal, and State Courts, and the Recorder Offices numerous foreclosure-related documents in violation of California Penal Code §§ 115 and 118, and California Unfair Business Practices and Business and Professions Code §§ 17200 and 17500.

In addition to the enclosure of six (6) of your Business Entities Records Order Forms, please find enclosed a self-addressed stamped envelope and the required payment to satisfy the copy request costs for the following:

### Entity Name and/or Entity File Number

- EC Closing Corp.-Entity ID No.: C1066842
- Babblecock Investments Inc.-Entity ID No.: C1293486
- Cal-Western Reconveyance Corporation-Entity ID No.: C3610002
- Cal-Western Reconveyance Corp. dba Cal-Western Foreclosure Services
- Cal-Western Reconveyance Corporation aka EC Closing Corp.
- EC Closing Corp. fka Cal-Western Reconveyance Corporation

State of California, Secretary of State
Certification and Records
October 6, 2014
Page 3

Upon receipt of this correspondence and its supporting enclosures to the United States Department of Justice, the State of California Department of Justice, the United State Trustee, the Department of the Treasury, Internal Revenue Services, the State of California, Franchise Tax Board and the Consumer Financial Protection Bureau, I am requesting that their offices commence a thorough investigation as to the fraudulent business practices and illegal foreclosure sale on September 24, 2012 of my property by Cal-Western under the defective NOD and Substitution. The NOD and Substitution are procedurally defective in that neither reflects Cal-Western dba Cal-Western Foreclosure Services, EC fka Cal-Western nor Cal-Western aka EC.

Fraud and malfeasance is overwhelmingly evident in that EC and Cal-Western filed Federal and State income tax documents under false pretense to preserve their ill-begotten gain accumulated by conducting illegal non-judicial foreclosure sales in this State. Their fraudulent business practices enabled EC and Cal-Western to reap unjust enrichment in mammoth proportion by stealing homeowners' Deeds, and fleecing Federal and State governmental agencies of millions of dollars by filing and recording faulty corporation tax and foreclosure related documents.

This matter is extremely urgent in that many California homeowners have been victimized by EC and Cal-Western's illegal non-judicial foreclosure sale proceedings, therefore, please know that I truly appreciate and thank you in advance for your prompt reply.

Respectfully submitted,

*Marina Cheung Yiu*

Cc:   *Via U.S. Postal Service Mail*
      Eric H. Holder, Jr.
      Office of the Attorney General            (w/o enclosure of Business Entities Records
      United States Department of Justice       Order Forms)
      950 Pennsylvania Avenue, NW
      Washington, District of Columbia 20530-001

      Kamala D. Harris
      Office of the Attorney General
      State of California Department of Justice (w/o enclosure of Business Entities Records
      Public Inquiry Unit                       Order Forms)
      P.O. Box 944255
      Sacramento, California 94244-2550

      United States Bankruptcy Court for the District of Delaware
         United State Trustee-Case No.: 13-11619  (w/o enclosure of Business Entities Records
         824 N. Market Street                     Order Forms)
         Wilmington, Delaware 19801

State of California, Secretary of State
Certification and Records
October 6, 2014
Page 4

| | |
|---|---|
| The Department of the Treasury, Internal Revenue Services | |
| Criminal Investigation Division | (w/o enclosure of Business Entities Records |
| 1111 Constitution Avenue NW, Room 2501 | Order Forms) |
| Washington, District of Columbia 20224 | |
| | |
| State of California, Franchise Tax Board | (w/o enclosure of Business Entities Records |
| P.O. Box 942840 | Order Forms) |
| Sacramento, California 94240-0040 | |
| | |
| Consumer Financial Protection Bureau | (w/o enclosure of Business Entities Records |
| P.O. Box 4503 | Order Forms) |
| Iowa City, Iowa 52244 | |
| | |
| Victoria E. Adams | (w/o enclosure of Business Entities Records |
| General Counsel | Order Forms) |
| Cal-Western Reconveyance LLC | |
| 525 East Main Street | |
| El Cajon, California 92020 | |
| | |
| Donlin, Recano & Company, Inc. | (w/o enclosure of Business Entities Records |
| Re: EC Closing Corp., et al. | Order Forms) |
| 419 Park Avenue South, Suite 1206 | |
| New York, New York 10016 | |

Enclosures: