# United States Bankruptcy Court
## District of Delaware
824 N. Market Street
Wilmington, DE 19801

CHIEF JUDGE BRENDAN LINEHAN SHANNON

824 N. MARKET STREET
WILMINGTON, DE 19801
(302) 252-2915

October 22, 2014

Ericka F. Johnson, Esquire
Womble Carlyle Sandridge & Rice
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801

    Re:    In re: Prommis Holdings, LLC
                Case No. 13-10551 (BLS)

Dear Ms. Johnson,

    Enclosed herewith is correspondence received by the Court from Thomas Kirkpatrick. I request that you respond to this correspondence with a copy to the Court.

Very truly yours,

Brendan Linehan Shannon
Chief United States Bankruptcy Judge

BLS/jmw
cc:    Mr. Thomas Kirkpatrick

October 16, 2013

United States Bankruptcy Court
District of Delaware
824 Market Street North
Third Floor
Wilmington, DE 19807

Attn: Sherry Stiles
Fax: 302-573-6654

RE:  Insured:      EC Closing Corp aka Cal-Western Reconveyance
                   Corporation
     Claimant:     Thomas Kirkpatrick
     DOL:          January 13, 2013
     Case No.:     13-11619/1310551

Dear Ms. Stiles,

See attached letter from Ericka F. Johnson advising that my claim against Prommis Holdings, LLC is denied but refusing to send me a copy.

I have never heard of a claim being denied to a claimant without doing so in writing and offering a reason for the denial.

Is the bankruptcy judge able to assist in having a denial letter sent to me?

The copy of the letter from Ms. Johnson is cloudy but the reason is unknown



Ericka F. Johnson
Attorney
Direct Dial: (302) 252-4337
Direct Fax: (302) 661-7707
Email: erjohnson@wcsr.com

October 16, 2014

**BY EMAIL AND FIRST CLASS MAIL**
Mr. Thomas Kirkpatrick
3400 Quinto Avenue
Simi Valley, CA 93063
tomelous@hotmail.com

RE:   In re Prommis Holdings, LLC, et al. - Case No. 13-10551 (BLS)

Dear Mr. Kirkpatrick:

On March 18 and June 25, 2013, Prommis Solutions, LLC together with certain of its affiliates and subsidiaries (collectively, the "Debtors") filed petitions with this Court under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "Court"). On December 19, 2013, the Court entered an order confirming the Debtors' First Amended Plan of Liquidation under Chapter 11 of the Bankruptcy Code (Docket No. 747) (the "Plan"). The Plan became effective on December 27, 2013 (the "Effective Date"), upon which date the Plan, among other things, vested all of the Debtors' remaining property rights in The Prommis Liquidating Trust. See Confirmation Order ¶ 12 and Plan § 6.3. We represent the Liquidating Trustee under the Plan.

We write this letter in response to your letters regarding your claim to AIG dated September 10 and October 3, 2014, respectively. As you know, AIG denied the claim, and AIG sent a letter to the Liquidating Trustee regarding the denial. The denial letter from the insurance carrier to Liquidating Trustee was a communication between the insurer and the insured. You have no entitlement to the denial letter and the Liquidating Trustee has no obligation to provide you with a copy of such letter. Accordingly, the Liquidating Trustee will not be providing you with a copy of the AIG denial letter.

Very truly yours,

WOMBLE CARLYLE SANDRIDGE & RICE
*A Limited Liability Partnership*


Ericka F. Johnson

cc:   The Liquidating Trustee (by email)


WCSR 33116,503.01