
**NATIONAL REGISTERED AGENTS, INC.**
An NRAI Solutions Company

Edward C. Tidwell
PO Box 2911,
5157 Roundup Way,
Anticoh, CA  94531

FILED
2015 FEB 20  AM 8: 21
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Re: Title of Action: EC Closing Corp., et al., Debtors // To: Cal-Western Reconveyance Corporation
　　Entity Served: Cal-Western Reconveyance Corporation
　　Received Date: 02/16/2015
　　Case/Docket Number: 1311619BLS

Dear Sir/Madam,

**NRAI is unable to receive the document(s) on behalf of the defendant/party due to the following reason:**
[ ] NRAI Resigned as Agent with the State Authority on .
[ ] NRAI is no longer the Registered Agent. A Change of Agent was filed with the State Authority.
[ ] NRAI cannot determine the party being served – the legal documents must clearly state the legal name of the entity you are serving.
[X] NRAI can find no record of the entity being listed with the State Authority.
[ ] Method of Service is unacceptable – .
[ ] Fewer sets of pleadings/documents than parties named – sufficient copies of the documents must be provided if serving one or more of
　　the defendants/parties listed in the above titled action. Sufficient copies of the documents must be provided to the registered agent to
　　send to all parties being served.
[ ] Other Agent listed with the State Authority.
[ ] The registered agent's authority to receive service has been revoked.
[ ] NRAI is unable to locate a viable address for the entity being served. All addresses on record have been attempted.
　　NRAI takes no position as to the validity of the service. We are merely stating that after reasonable efforts,
　　we do not have any address to which to forward the papers.
[ ] Other :
Therefore, the legal documents served are being returned to you for the above stated reason(s).

Very truly yours,

National Registered Agents, Inc

Transmittal # 526581057

Enclosures

✓cc: Delaware District - U.S. Bankruptcy Court
　　Clerk of the Court,
　　824 Market Street,
　　3rd Floor,
　　Wilmington, DE  19801