**Edward C. Tidwell**
P.O. Box 2911, 5157 Roundup Way
Antioch, California 94531
(510) 470-8422

Email: edwardctidwell@yahoo.com

FILED
2015 FEB 23  AM 10: 09
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

February 17, 2015

Via U.S. Postal Service Priority Mail
The Honorable Brendan L. Shannon
United States Bankruptcy Court for the
District of Delaware
824 N. Market Street, 6th Floor
Courtroom 1
Wilmington, Delaware 19801

    Re:    In Re EC Closing Corp., et al.-Case No.: 13-11619BLS
            In Re Prommis Holdings LLC-Case No.: 13-10551BLS
            Edward C. Tidwell v. JPMorgan Chase Bank, N.A., et al.-Case No.: 14-51001BLS

Dear Judge Shannon:

COMES NOW Edward C. Tidwell ("Plaintiff" and "Creditor") to respectfully inform that although he has arranged through CourtCall, LLC to telephonically appear on February 25, 2015 at the Pretrial Conference hearing and related matters before your Honor, Plaintiff neither have Local Area Network (LAN) line telephone service nor does he have access to a family, friend or neighbor's telephone for use to appear via telephone at the rapidly approaching Pretrial Conference.

As indicated in Plaintiff's Application for Waiver of Court Fees and Costs it is anticipated that Plaintiff's cell phone provider Metro PCS will discontinue his service on February 19, 2015 for non-payment. As reflected in Plaintiff's fee waiver filed on December 16, 2014, his benefit aid will not be posted until March 2, 2015.

Please accept this correspondence as Plaintiff's urgent request to postpone and continue the February 25, 2015 Pretrial Conference and other matters to March 25, 2015 or thereafter to enable Plaintiff to telephonically appear. It is Plaintiff's belief that neither Debtors nor Defendants will be prejudiced or placed at a disadvantage if the February 25, 2015 hearing is rescheduled, Plaintiff believe the continuance will allow other Defendants who've recently been served the Summons and Complaint for Damages (Verified) to file a responsive pleading or request an extension of time and prepare for the Pretrial Conference.

Please, and with the very best respect, Plaintiff would be more than appreciative if your Honor would issue the Court's order confirming the continuance to March 25, 2015 or thereafter.

Respectfully submitted,

*Edward C. Tidwell*
Edward C. Tidwell

Cc:    To All Parties and/or their Attorneys of Record

# IN THE UNITED STATES BANKRUPTCY COURT,
## DISTRICT OF DELAWARE-WILMINGTON

FILED
FEB 23 AM 10:09

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:

PROMMIS HOLDINGS LLC,

Debtor.

Bankruptcy Chapter 11 Case No.: 13-10551BLS

---

EDWARD C. TIDWELL,

Plaintiff,

v.

JPMORGAN CHASE BANK, N.A., ET AL.,

Defendants.

Adversary Proceeding Case No.: 14-51001BLS

---

# CERTIFICATE OF SERVICE RE CORRESPONDENCE OF EDWARD C. TIDWELL DATED 2015 FEBRUARY 17 TO THE HONORABLE BRENDAN L. SHANNON

---

### EDWARD C. TIDWELL
P.O. Box 2911
5157 Roundup Way
Antioch, California 94531
Telephone: (510) 470-8422
Email: edwardctidwell@yahoo.com

**Creditor and Plaintiff in Pro Se**

Certificate of Service Re Correspondence dated 2015 February 17                                           1

# CERTIFICATE OF SERVICE

*In the United States Bankruptcy Court, District of Delaware, Wilmington*
*Prommis Holdings LLC-Case No.: 13-10551BLS and*
*Edward C. Tidwell v. JPMorgan Chase Bank, N.A., et al. Case No.: 14-51001BLS,*

FILED
2015 FEB 23 AM 10: 09
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

I, the undersigned, declare: I am over the age of 18 years, am party to this action, and that my residence address is 5157 Roundup Way, Antioch, California 94531.

On February 17, 2015, I served the following document:

## CORRESPONDENCE OF EDWARD C. TIDWELL DATED 2015 FEBRUARY 17 TO THE HONORABLE BRENDAN L. SHANNON

On the Parties or their Attorneys of record in this action addressed as follows:

*Via U.S. Postal Service Regular Mail*
United States Bankruptcy Trustee
844 N. King Street, Suite 2207
Lock Box # 35
Wilmington, Delaware 19801

*Via U.S. Postal Service Regular Mail*
Ericka F. Johnson, Esq.
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, Delaware 19801

Attorneys for Liquidating Trustee

*Via U.S. Postal Service Regular Mail*
The Corporation Trust Company c/o
Homesales, Inc
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

*Via U.S. Postal Service Regular Mail*
Richard K. Davis
Chairman, President/CEO
U.S. Bancorp c/o
U.S. Bank National Association
800 Nicollet Mall, BC-MN-H210
Minneapolis, Minnesota 55402

*Via U.S. Postal Service Regular Mail*
Joseph V. Quattrocchi, Esq.
Morgan Lewis & Bockius LLP
300 S. Grand Avenue, 21st Floor
Los Angeles, California 90071

Attorneys for Defendants
JPMorgan Chase Bank, N.A. and
Chase Home Finance LLC

*Via U.S. Postal Service Regular Mail*
National Registered Agents, Inc. c/o
Prommis Holdings LLC
160 Greentree Drive, Suite 101
Dover, Delaware 19904

*Via U.S. Postal Service Regular Mail*
National Registered Agents, Inc. c/o
Cal-Western Reconveyance Corporation
160 Greentree Drive, Suite 101
Dover, Delaware 19904

*Via U.S. Postal Service Regular Mail*
Lawrence D. Harris, Esq.
Law Offices of Glenn H. Wechsler c/o
First American Title Insurance Company
1646 N. California Blvd., Suite 450
Walnut Creek, California 94596

__X__ **BY MAIL:** I placed a true copy of said document in a sealed envelope with postage fully prepaid for proper handling by the United States Postal Service Clerk.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of February 2015 in Antioch, California.

*Edward C. Tidwell* (signature)
Edward C. Tidwell

Certificate of Service Re Correspondence dated 2015 February 17

2