# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| PROMMIS HOLDINGS, LLC, *et al.*, | : Case No. 13-10551 (BLS) |
| Debtors.[1] | : (Jointly Administered) |
| | : **Re: Docket No. 1152** |

## ORDER APPROVING STIPULATION REGARDING CLAIM NO. 188 FILED BY CHARTIS SPECIALTY INSURANCE COMPANY, ILLINOIS NATIONAL INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA AND CERTAIN OTHER SUBSIDIARIES OF AIG PROPERTY CASUALTY, INC.

Upon the *Stipulation Regarding Claim No. 188 Filed by Chartis Specialty Insurance Company, Illinois National Insurance Company, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA and Certain Other Subsidiaries of AGI Property Casualty, Inc.* attached hereto as **Exhibit A** (the "Stipulation"), by and between the GUC Trust, by and through Steven D. Sass LLC as the GUC Trustee, and Chartis Specialty Insurance Company, Illinois National Insurance Company, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA and certain other subsidiaries of AIG Property Casualty, Inc., and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Stipulation and all of the terms set forth therein are approved and shall have the full force and effect of an order entered by the Court with respect thereto.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer identification number, are: Prommis Holdings, LLC (6940); Prommis Fin Co. (2965); Prommis Solutions, LLC (9978); E-Default Services LLC (0016); Statewide Tax and Title Services LLC (0049); Statewide Publishing Services LLC (0079); Nationwide Trustee Services, Inc. (2436); Statewide Tax and Title Services of Alabama LLC (7733); Nationwide Trustee Services of Virginia, Inc. (6687); EC Closing Corp. (8580); EC Posting Closing Corp. (9995); EC Mailing Corp. (f/k/a Interface Inc.) (9903); Prommis Homeownership Solutions, Inc. (0569); and EC Closing Corp. of Washington (2552). The location of the Debtors' headquarters and the Debtors' service address is 400 Northridge Road, Atlanta, Georgia, 30350.

642496.2 06/09/2015

2. This Court retains jurisdiction to interpret, implement and enforce the provisions of this Order and the Stipulation.

Dated: June 10, 2015

                                               Honorable Brendan L. Shannon
                                               United States Bankruptcy Judge

642496.2 06/09/2015