## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PROMMIS HOLDINGS, LLC, *et al.*, | ) Case No. 13-10551 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 1153** |

### CERTIFICATE OF SERVICE

I, Mark Minuti, hereby certify that on June 11, 2015, I caused a copy of the following

document to be served via First Class Mail on the parties on the attached service list.

**Order Approving Stipulation Regarding Claim No. 188 Filed by Chartis Specialty Insurance Company, Illinois National Insurance Company, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA and Certain Other Subsidiaries of AIG Property Casualty, Inc.** [D.I. 1153]

**SAUL EWING LLP**

By: _____
Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P. O. Box 1266
Wilmington, DE 19899
(302) 421-6840

*Co-Counsel to the GUC Trustee*

Dated: June 11, 2015

642624.1 06/11/2015

**PROMMIS HOLDINGS, LLC,** *et al.*
**Service List**

Steven K. Kortanek, Esquire
Womble Carlyle Sandridge & Rice LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801

Jane M. Leamy, Esquire
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Kurt Gwynne, Esquire
Lucy Qiu, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE  19801

Christopher D. Loizides, Esquire
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801

Brett D. Fallon, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899-2306

Ellen W. Slights, Esquire
Assistant U.S. Attorney
U.S. Department of Justice
1007 N. Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE  19899-2046

Christopher Marcus, P.C.
David S. Meyer, Esquire
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY  10022

David Nemecek, Esquire
Kirkland & Ellis LLP
333 South Hope Street
Los Angeles, CA  90071

Michael C. Rupe, Esquire
Christopher G. Boies, Esquire
King & Spalding LLP
1185 Avenue Of The Americas
New York, NY  10036

Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX  75201

Tyler P. Brown, Esquire
Jason W. Harbour, Esquire
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA  23219

Neil Lapinski, Esquire
Gordon, Fournaris and Mammarella
1925 Lovering Avenue
Wilmington, DE  19806

Gary W. Marsh, Esquire
McKenna Long & Aldridge LLP
303 Peachtree Street, Suite 5300
Atlanta, GA  30308

Timothy Bortz, Esquire
Commonwealth of Pennsylvania
Department of Labor and Industry
Reading Bankruptcy & Compliance Unit
625 Cherry Street, Room 203
Reading, PA  19602-1152

Robert E. Greenberg, Esquire
Lindsay A. Thompson, Esquire
Friedlander Misler, PLLC
5335 Wisconsin Avenue, NW
Suite 600
Washington, D.C.  20015

Joseph Corrigan
Iron Mountain Information Management
745 Atlantic Avenue, 10th Floor
Boston, MA  02111

Megan Adeyemo, Esquire
Brian B. Frasch, Esquire
Gordon & Rees LLP
555 Seventeenth Street, Suite 3400
Denver, CO  80202

Tennessee Department of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN  37202-0207

Stephen D. Busey, Esquire
James A. Bolling, Esquire
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32202

Unram Osambela
1662 Ravanusa Drive
Henderson, NV  89052

Edward J. Kosmowski, Esquire
Law Office of Edward J. Kosmowski LLC
2 Mill Road, Suite 202
Wilmington, DE  19806

Roy S. Kobert, Esquire
GrayRobinson, P.A.
301 East Pine Street, Suite 1400
Orlando, FL  32801

642624.1 06/11/2015