```
MR. EDUARDO VALLEJO
508 N. CALIFORNIA STREET
BURBANK, CA. 91505
Tel: 1.818.415.5633
```

FILED
2015 JUN -8 AM 10: 51
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

UNITED STATES BANKRUPTCY COURT

DELAWARE BANKRUPCY COURT

| | |
|---|---|
| Eduardo Vallejo, an individual, ) | Case No.: 13-10551 |
| ) | |
| Plaintiff, ) | REQUEST TO APPEAR |
| ) | |
| vs. ) | |
| ) | |
| MERS, CAL-WESTERN RECON., et al ) | |
| ) | |
| Defendants. ) | |

Jane M. Leamy +1 302 573 6491 +1 302 573 6497 Jane.M.Leamy@usdoj.gov

Now comes the Plaintiff, Eduardo Vallejo, before JANE M. LEAMY, the Trustee in the above referenced case and requests that this Court confirm the following:

1. That the Plaintiff has filed a complaint with the Los Angeles County Small Claims Court Case number: 14V05385 for breach of contract and clouds on Title caused by the Defendants. See Exhibit 1.

2. Plaintiff would like to know if he should file this case as a **lis pendens** on the Title of his property?

Dated: June 1, 2015

/s/ JV

_____
EDUARDO VALLEJO

- 1 -
CASE NO.: 13-10551

# BH
## BUTLER & HOSCH

July 31, 2014

VIA CERTIFIED MAIL & U.S. Mail

Ed Vallejo
10907 Magnolia Blvd.
North Hollywood, CA 91607

Re:   Los Angeles County Small Claims Case No: 14V05385
      Case Name: Ed Vallejo v MERS & Cal-Western Reconveyance Corporation
      T.S. No: 1214105-11
      Property Address: 5944 Simpson Ave, Valley Village, CA 91607

Dear Mr. Vallejo:

As you are aware, this firm is counsel for Cal-Western Reconveyance *LLC* ("CWR LLC"). I write to you with respect to a document titled "Proper Service" received by CWR LLC, pertaining to the above-referenced Small Claims matter.

Contrary to the assertions made in your "Proper Service" document, as you were previously advised in my letter to you dated July 9, 2014, neither Cal-Western Reconveyance *Corporation* nor Mortgage Electronic Registration Systems, Inc. ("MERS") have been properly served with this Small Claims matter at the address of 525 E. Main Street, El Cajon, CA 92020. Specifically, neither Cal-Western Reconveyance *Corporation* nor MERS is located at said address. Rather, a separate and distinct entity, Cal-Western Reconveyance *LLC*, is located at such address. Cal-Western Reconveyance *LLC* is not a party to this matter.

As a courtesy, please be advised that we are aware of an entity that registered by the name "Cal-Western Reconveyance Corporation" with the California Secretary of State on October 3, 2013; however, said entity is <u>not</u> in fact the true Cal-Western Reconveyance Corporation nor is it in any way connected to the subsidiary of Prommis Solutions, Inc. that filed for Chapter 11 bankruptcy, EC Closing Corp[1]. It is our understanding based on conversations with bankruptcy counsel for the true Cal-Western Reconveyance Corporation that it has <u>not</u> authorized "Ryan Zachreson" as its agent for service of process and has not authorized any party to make the October 2013 filing using the name of "Cal-Western Reconveyance Corporation." Accordingly, any service on such agent would <u>not</u> appear to be valid upon the Corporation. In addition, the business entity detail for this "Cal-Western Reconveyance Corporation" provides an entity address in the state of Oregon, whereas it is our understanding that the entity address for the true Cal-Western Reconveyance Corporation, now EC Closing Corp., is located in the state of Georgia (see below).

---

[1] EC Closing Corp. formerly known as Cal-Western Reconveyance Corporation filed a voluntary petition for bankruptcy under Chapter 11 of the United States Bankruptcy Code on June 25, 2013 in the United States Bankruptcy Court for the District of Delaware, Case No. 13-11619, which was consolidated with In re Prommis Holdings, LLC, United States Bankruptcy Court for the District of Delaware, Case No. 13-10551.

Butler & Hosch, P.A.    525 E. Main Street    El Cajon, CA 92020
TEL: (855) 594-4223 • FAX: (407) 381-5577



As a further courtesy to you, enclosed please find a copy of the business entity detail for EC Closing Corp., formerly known as Cal-Western Reconveyance Corporation (the "Corporation"), which provides an entity address in the state of Georgia and identifies its Registered Agent as National Registered Agents, Inc.

You are again advised that CWR LLC is a <u>separate and distinct</u> entity from the Corporation under different ownership and that CWR LLC is merely a custodian of records for the former Corporation.[2] The Corporation's records reflect that the subject property reverted to the foreclosing beneficiary at the trustee's sale on *September 30, 2010*. CWR LLC was not even established until *May, 2013*. CWR LLC was <u>not</u> the trustee that took the subject property to sale; rather, it was the Corporation. CWR LLC is <u>not</u> responsible for any liabilities or litigation against the Corporation.

Finally, to reiterate, attempted service of any litigation documents directed to the Corporation but mailed to or received by CWR LLC is <u>not</u> valid service on the Corporation. You are also advised again that MERS is a separate company from the Corporation and you will need to determine how and where to properly serve MERS with the Small Claims matter, as MERS has <u>not</u> been properly served at CWR LLC's El Cajon, CA office address.

In conclusion, it appears that service of the Small Claims matter as to MERS and/or the Corporation is <u>not</u> complete at this time, as neither MERS nor the Corporation can be served and indeed have <u>not</u> been served at CWR LLC's El Cajon, CA address.

Please update your records accordingly.

Very truly yours,
BUTLER & HOSCH, P.A.

By: *Melissa N. Armstrong* (signature)
Melissa N. Armstrong

Enclosures

cc:   Clerk of Court (Via U.S. Mail Only)
      Los Angeles County Superior Court
      6230 Sylmar Ave, Room 340
      Van Nuys, CA 91401

---

[2] CWR LLC has no affiliation with the Corporation or its parent company, Prommis Solutions, Inc. or Prommis Holdings, LLC.



# BH
## BUTLER & HOSCH

July 9, 2014

VIA CERTIFIED MAIL & U.S. MAIL

Ed Vallejo
10907 Magnolia Blvd.
North Hollywood, CA 91607

Re:  Los Angeles County Small Claims Case No: 14V05385
     Case Name: Ed Vallejo v MERS & Cal-Western Reconveyance Corporation
     T.S. No: 1214105-11
     Property Address: 5944 Simpson Ave, Valley Village, CA 91607

Dear Mr. Vallejo:

    This firm is counsel for Cal-Western Reconveyance *LLC* ("CWR LLC"). I write to you with respect to a Small Claims Subpoena ("Subpoena") and a Plaintiff's Claim and Order to go to Small Claims Court (the "Claim") pertaining to the above-referenced matter. The Subpoena, although directed to "Yvonne Wheeler c/o MERS or Cal-Western Reconveyance Corp.", was addressed to "Mortgage Electronic Registration Systems, Inc. (MERS)" and sent by certified mail to CWR LLC's 525 E. Main Street, El Cajon, CA 92020 office address. The Claim was addressed to "MERS/Cal-Western" and sent by certified mail to CWR LLC's 525 E. Main Street, El Cajon, CA 92020 office address. The Claim names both MERS and Cal-Western Reconveyance *Corporation* as the defendants therein. The purpose of this letter is to advise you that service of the Subpoena and the Claim was not proper, as neither MERS nor Cal-Western Reconveyance *Corporation* is located at said address. Rather, a separate and distinct entity, Cal-Western Reconveyance *LLC*, is located at such address. Cal-Western Reconveyance *LLC* does not appear to be a party to this matter.

    Moreover, please be advised that EC Closing Corp. formerly known as Cal-Western Reconveyance Corporation (the "Corporation") filed a voluntary petition for bankruptcy under Chapter 11 of the United States Bankruptcy Code on June 25, 2013 in the United States Bankruptcy Court for the District of Delaware, Case No. 13-11619, which was consolidated with In re Prommis Holdings, LLC, United States Bankruptcy Court for the District of Delaware, Case No. 13-10551. It is our understanding that the deadline to file proofs of claim asserting claims against the Corporation that arose prior to its petition filing date has expired. In addition, it is also our understanding that there was a confirmed plan and order entered in the In re Prommis Holdings, LLC bankruptcy, setting forth certain provisions of injunction and bar dates for filing any litigation against the Corporation.

Butler & Hosch, P.A.    525 E. Main Street    El Cajon, CA 92020
TEL: (855) 594-4223 • FAX: (407) 381-5577

      CWR LLC is a separate and distinct entity from the Corporation under different ownership[1] and as such, CWR LLC is not responsible for any liabilities or litigation against the Corporation. Please note that attempted service of any litigation documents directed to the Corporation but mailed to or received by the LLC is <u>not</u> valid service on the Corporation. Specifically, the Corporation is <u>not</u> located at the LLC's El Cajon, CA address and also maintains a Registered Agent for Service of Process[2] that is different than that of the LLC. You are also advised that MERS is a separate company from the Corporation and you will need to determine how and where to properly serve MERS with the Claim, as MERS has <u>not</u> been properly served at the LLC's El Cajon, CA office address.

      In addition, you are also advised that Yvonne Wheeler is <u>not</u> an employee of MERS and is no longer employed by the Corporation. As such, it appears that the Subpoena issued to MERS and/or the Corporation has <u>not</u> been properly issued or served as to Ms. Wheeler by certified mail at CWR LLC's El Cajon, CA office address.

      In conclusion, it appears that service of both the Subpoena and the Claim as to MERS and/or the Corporation is <u>not</u> complete at this time, as neither MERS nor the Corporation can be served and indeed have <u>not</u> been served at the LLC's El Cajon, CA address.

Very truly yours,
BUTLER & HOSCH, P.A.

By: _/s/ Melissa N. Armstrong_
Melissa N. Armstrong

cc:    Clerk of Court
       Los Angeles County Superior Court
       6230 Sylmar Ave, Room 340
       Van Nuys, CA 91401
       *Via U.S. Mail only*

---

[1] However, CWR LLC is a custodian of records for the former Corporation.

[2] Agent for service of process information for the Corporation can be obtained by conducting a search on the California Secretary of State's website by the business entity name of "EC Closing Corp."