IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| PROMMIS HOLDINGS, LLC, et al., | ) Case No. 13-10551 (BLS) |
| Debtors. | ) (Jointly Administered) |

**ORDER SCHEDULING OMNIBUS HEARING DATES**

IT IS HEREBY ORDERED, under Rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, that the following omnibus hearing dates are scheduled in the above-captioned case:

    Wednesday, August 26, 2015 at 11:30 a.m. (ET)

    Wednesday, September 23, 2015 at 11:00 a.m. (ET)

**Dated: June 26th, 2015**
**Wilmington, Delaware**

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

WCSR 34423737v1